Josh A. Cohen (Cal. Bar No. 217853)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
(415) 738-5700
jacohen@debevoise.com

David A. O'Neil (*pro hac vice* application forthcoming)
Anna A. Moody (*pro hac vice* application forthcoming)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com
amoody@debevoise.com

Michael Schaper (*pro hac vice* application forthcoming)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, N.Y. 10001
(212) 909-6000
mschaper@debevoise.com

*Counsel for Movant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE APPLE INC.'S APPLICATION FOR ORDER COMPELLING COMPLIANCE WITH NON-PARTY SUBPOENA SERVED ON META PLATFORMS, INC. IN THE PENDING CASE UNITED STATES ET AL. V. APPLE INC., NO. 2:24-CV-04055 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

Case No. _______________

**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION (1) TO COMPEL DISCOVERY FROM NON-PARTY META PLATFORMS, INC.; AND (2) TO TRANSFER TO THE DISTRICT OF NEW JERSEY PURSUANT TO FED. R. CIV. P. 45(f)**

Date:
Time:
Courtroom:
Judge:

Having considered Apple Inc.'s ("Apple") application for an order compelling Meta Platforms, Inc. ("Meta") to comply with the non-party subpoena issued in connection with *United States v. Apple Inc.*, No. 2:24-CV-04055 in the United States District Court for the District of New Jersey, and good cause appearing, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that:

1. Apple's motion to compel Meta to comply with the subpoena is GRANTED. Meta shall (1) produce documents resulting from searches across the 22 custodians that Apple has requested; (2) produce documents in response to certain RFPs because they seek information relevant to the claims and defenses in the underlying litigation; (3) produce documents sufficient to satisfy Apple's "sufficient-to-show" RFPs; and (4) "refresh" its CID production through June 15, 2025. Meta shall begin rolling productions within two weeks and complete its production by _______.[1]
2. Apple's motion to transfer to the District of New Jersey is GRANTED.

**IT IS SO ORDERED.**

DATED:_________________________ _____________________________

[1] Apple moves as to 34 RFPs that pertain to Super Apps, Cloud Streaming, Messaging, Wearables, and Digital Wallets. Its "all documents and communications" RFPs requiring custodial searches are: 6, 9, 11, 18, 19, 20, 21, 25, 27, 28, 31, 32, 40, 42, 44, and 53. Its "sufficient to show" RFPs are: 7, 8, 10, 12, 13, 17, 22, 23, 24, 26, 30, 34, 36, 37, 39, 43, 46, and 48. The 22 custodians identified in Apple's proposed search protocol comprise the 18 custodians related to the CID and four additional senior executives: Mark Zuckerberg (Chief Executive Officer), Marne Levine (former Chief Business Officer), Jim Gerber (former Director of Strategic Alliances), and John Hegeman (former Chief Revenue Officer). The specific custodians for which the Court grants Apple's motion to compel as to each RFP are further identified in Exhibit M, July 2, 2026 2:03 PM ET Email from Debevoise & Plimpton LLP to Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.