Josh A. Cohen (Cal. Bar No. 217853)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
(415) 738-5700
jacohen@debevoise.com

David A. O'Neil (*pro hac vice* application forthcoming)
Anna A. Moody (*pro hac vice* application forthcoming)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com
amoody@debevoise.com

Michael Schaper (*pro hac vice* application forthcoming)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, N.Y. 10001
(212) 909-6000
mschaper@debevoise.com

*Counsel for Movant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLE INC.'S APPLICATION FOR ORDER COMPELLING COMPLIANCE WITH NON-PARTY SUBPOENA SERVED ON META PLATFORMS, INC. IN THE PENDING CASE UNITED STATES ET AL. V. APPLE INC., NO. 2:24-CV-04055 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** | Case No.: _______________<br><br>**DECLARATION OF ANNA A. MOODY**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: |

I, Anna A. Moody, hereby declare as follows:[1]

1. I am counsel at the law firm of Debevoise & Plimpton LLP ("Debevoise"), located at 801 Pennsylvania Avenue N.W., Suite 500, Washington, D.C. 20004.

2. I am an attorney representing Apple Inc. ("Apple") in connection with the above-captioned matter before this Court and in *United States et al. v. Apple Inc.*, No. 2:24-cv-04055 (D.N.J.), brought by the United States Department of Justice ("DOJ") and numerous state attorneys general in the District of New Jersey on March 21, 2024 (the "Antitrust Action").

3. In connection with the Antitrust Action, I respectfully submit this Declaration in support of Apple's motion to compel non-party Meta Platforms, Inc. ("Meta")[2] to produce documents responsive to Apple's Requests for Production of Documents to Meta, dated June 16, 2025, and to transfer this motion to the United States District Court for the District of New Jersey.

4. Below I attach exhibits and provide additional detail regarding: (I) Meta's interactions with DOJ in connection with the Antitrust Action; and (II) Apple's subpoena to Meta in connection with the Antitrust Action and related negotiations with Meta's counsel.

**I. Meta's Interactions with DOJ in Connection with the Antitrust Action.**

5. [redacted]

6. [redacted] Attached as **Exhibit A** is a true and correct copy of the CID, dated October 28, 2021 (USDOJ-01-005270).

---

[1] All undefined, capitalized terms used herein shall have the same meaning ascribed to them in the accompanying Motion to Compel.

[2] Meta was named Facebook, Inc. until October 2021. *Introducing Meta: A Social Technology Company*, META (Oct. 28, 2021), https://about.fb.com/news/2021/10/facebook-company-is-now-meta/.

7. [redacted]

8. Documents and information Meta provided to DOJ include the following as relevant to the motion to compel:

- Attached as **Exhibit B** is a true and correct copy of email correspondence between Meta employees Bryan Pope, Ash Jhaveri, Nikhil Shanbhag, Marc Shedroff, Vivek Sharma, Stephanie Wang, Pankaj Venugopal, Jim Gerber, Marina Shilman, Parkin Kent, Wesley Su, Tim Lamb, and others, dated March 2, 2020 to April 27, 2020 (META-DOJAPP-00067163).
- Attached as **Exhibit C** is a true and correct copy of email correspondence between Meta employees Marne Levine and Ash Jhaveri, dated April 14, 2020 (META-DOJAPP-00017454).
- Attached as **Exhibit D** is a true and correct copy of messages between Meta employees Chinmay Karande, David Baser, Ning Li, and Stephanie Wang, dated July 17, 2020 (META-DOJAPP-00046896).
- Attached as **Exhibit E** is a true and correct copy of email correspondence between Meta employees Stephanie Wang, Jitin Khurana, Nathan SooHoo, and Anna Ying, dated March 18, 2021 to March 19, 2021 (META-DOJAPP-00047546).
- Attached as **Exhibit F** is a true and correct copy of email correspondence between Renata Hesse, Shane Palmer, Samantha Hynes (Sullivan & Cromwell LLP), and Jennifer Hane and Sarah Oldfield at DOJ, dated May 9, 2022 to July 6, 2022 (USDOJ-01-004720).

9. On March 21, 2024, DOJ and the attorneys general of fifteen states and the District of Columbia filed the underlying civil antitrust action against Apple in the United States District Court for the District of New Jersey, alleging monopolization and attempted monopolization of the smartphone market in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2. *See United States et al. v. Apple, Inc.*, No. 2:24-cv-04055, Dkt. No. 1 (D.N.J. Mar. 21, 2024). On June 11, 2024, DOJ and attorneys general from nineteen states and the District of Columbia filed the First Amended Complaint (the "FAC"). Attached as **Exhibit G** is a true and correct copy of the FAC in *United States et al. v. Apple*, No. 2:24-cv-04055, Dkt. No. 51, dated June 11, 2024.

10. As described in the FAC, DOJ's allegations against Apple centered around five key topics: super apps, cloud streaming apps, messaging, smartwatches, and digital wallets. *See* Ex. G, at ¶ 10. [redacted]

11. Attached as **Exhibit H** is a true and correct copy of an excerpt of DOJ's Rule 26 Initial Disclosures, dated August 23, 2024.

**II. Apple's Subpoena to Meta and Negotiations with Meta's Counsel Over the Last Year.**

12. On June 16, 2025, Apple served on Meta a subpoena containing 53 requests for production ("RFPs"). Attached as **Exhibit I** is a true and correct copy of Apple's subpoena to Meta, dated June 16, 2025 (the "Subpoena").

13. On August 15, 2025, Meta's counsel from Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. ("Kellogg") served responses and objections to Apple's Subpoena. Attached as **Exhibit J** is a true and correct copy of Meta's Responses and Objections to Apple's Subpoena, dated August 15, 2025.

14. Between August 2025 and July 2026, Apple met and conferred with Meta on 12 occasions, as outlined in more detail below, and corresponded with Meta over email, including:

- Attached as **Exhibit K** is a true and correct copy of email correspondence between Meta's counsel and Apple's counsel, dated June 16, 2025 and June 17, 2025, in which Meta's counsel accepted service on Meta's behalf.
- Attached as **Exhibit L** is a true and correct copy of email correspondence between Meta's counsel and Apple's counsel from August 15, 2025 and February 5, 2026.
- Attached as **Exhibit M** is a true and correct copy of email correspondence between Meta's counsel and Apple's counsel from May 15, 2026 to July 28, 2026.

15. On September 26, 2025, Meta made its only production to Apple in this litigation to date.[3] The production included 21 documents in partial response to three of Apple's RFPs: Nos. 50, 51, and 52.

16. Apple requested the search parameters used to create Meta's CID Production. **Ex. L**, Jan. 15, 2026 11:09 AM ET Email from Debevoise to Kellogg (noting "Meta's refusal to provide Apple with the search parameters used for its productions to the DOJ"). Meta has provided only a list of the 13 custodians whose materials were included. **Ex. L**, Jan. 15, 2026 11:09 AM ET Email from Debevoise to Kellogg. Meta did not agree to Apple's request to "refresh" the CID Production by bringing it current to June 15, 2025. **Ex. M**, July 7, 2026 8:10 PM ET Email from Kellogg to Debevoise.

17. On January 15, 2026, Apple sent Meta a proposed search protocol, which included search terms, custodians, and go-get RFPs. Apple requested Meta run the proposed search terms over the records of 25 custodians, including: the 13 custodians whose materials were included in the CID production, five individuals [redacted], and seven additional custodians whom Apple believes—in light of the information available to it—are likely to possess documents relevant to DOJ's claims and Apple's defenses in the Antitrust Action.[4] Apple

---

[3] To address a technical issue affecting file processing, Meta reproduced the document set to Apple on October 2, 2025.

[4] The 13 **CID custodians** were: Aruna Bharathi, Will Cathcart, Stan Chudnovsky, Ash Jhaveri, Parkin Kent, Maggie Krummel, John Lagerling, Vijaye Raji, Dan Rose, Vivek Sharma, Marina Shilman, Marc Shedroff, and Stephanie Wang. The five [redacted] were: Greg Marra, Vince Darley, Andrew Mo, Ime Archibong, and Alice Newton Rex. The seven **additional custodians** were:

proposed that Meta satisfy 19 RFPs via go-get collections rather than custodian searches, provided Meta confirmed it would still produce documents responsive to those requests to the extent they were identified pursuant to other searches. Attached as **Exhibit N** is a true and correct copy of Apple's search protocol shared with Meta on January 15, 2026.

18. Following Apple's sixth meet and confer with Meta on January 30, 2026, Apple on February 2, 2026 asked that Meta either run Apple's proposed terms and provide hit counts or propose an alternative search protocol with corresponding hit counts. **Ex. L**, Feb. 2, 2026 8:46 AM ET Email from Debevoise to Kellogg. On February 5, 2026, Meta responded that it would not "consider running [Apple's] numerous lengthy search terms unless we see some narrowing of your RFPs." **Ex. L**, Feb. 5, 2026 5:58 PM ET Email from Kellogg to Debevoise.

19. On May 15, 2026, Apple shared a second proposed search protocol with Meta. **Ex. M**, May 15, 2026 3:51 PM ET Email from Debevoise to Kellogg. As part of that protocol, Apple held 19 RFPs in abeyance and proposed clarifying revisions to 20 other RFPs. Apple proposed that Meta resolve the Subpoena with this revised search protocol, including via custodial searches for Apple's previously proposed 25 custodians, go-get productions, and a refresh of the CID Production. Attached as **Exhibit O** is a true and correct copy of Apple's May 15, 2026 search protocol.

20. On June 16, 2026, Meta sent Apple a written counterproposal in which Meta proposed running certain search terms across 18 of Apple's 25 proposed custodians—the 13 CID custodians and the five [redacted]. **Ex. M**, June 16, 2026 4:27 PM ET Email from Kellogg to Debevoise. However, for the 18 custodians to which Meta agreed, Meta's position was that each search term should be applied to a limited subset of custodians, even for the purposes of providing hit counts. **Ex. M**, June 23, 2026 1:47 PM Email from Debevoise to Kellogg; June 23, 2026 7:34 PM ET Email from Kellogg to Debevoise.

21. On June 17, 2026, during Apple's tenth meet and confer with Meta, Apple offered to drop three of its seven proposed supplemental custodians if Meta would agree to the remaining four:

---

Mark Zuckerberg, Marne Levine, Jim Gerber, John Hegeman, Andrew Bosworth, Alex Himel, and Samantha Wu.

Mark Zuckerberg, Marne Levine, Jim Gerber, and John Hegeman (the "Senior Custodians").[5] Meta later rejected this proposal. **Ex. M**, July 7, 2026 8:10 PM ET Email from Kellogg to Debevoise.

22. Following eleven meet and confers, on June 30, 2026, Meta sent Apple a written proposal offering to provide hit counts for RFPs 6, 9(a)-(d) and (g)-(h), 18, 20, 21, 25, 27, 28, 40, 42, and 44. Meta proposed that those hit counts be generated by running Apple's proposed search terms over Meta's proposed subsets of custodians on an RFP-by-RFP basis (i.e., applying each search term to a subset of the 18 custodians). **Ex. M**, June 30, 2026 2:59 PM ET Email from Kellogg to Debevoise. Meta stated it would not run search terms, provide hit counts, or otherwise produce documents responsive to RFPs 9(e)-(f), 11, 31, 32, and 53. **Ex. M**, June 30, 2026 2:59 PM ET Email from Kellogg to Debevoise; **Ex. M**, July 2, 2026 2:03 PM ET Email from Debevoise to Kellogg.

23. As to the CID refresh, Meta stated it was providing "neither a refusal nor an agreement to produce any CID refresh at this time." **Ex. M**, June 30, 2026 2:59 PM ET Email from Kellogg to Debevoise.

24. On July 2, 2026, Apple agreed with Meta's proposal not to apply each search term to all custodians. However, [redacted] and Apple's understanding of the custodians' job responsibilities, Apple proposed to expand Meta's proposed subset of custodians for custodial searches. **Ex. M**, July 2, 2026 2:03 PM ET Email from Debevoise to Kellogg. Following additional conferrals regarding custodians—including **Ex. M**, July 7, 2026 8:10 PM ET Email from Kellogg to Debevoise; **Ex. M**, July 9, 2026 11:53 PM ET Email from Debevoise to Kellogg; **Ex. M**, July 10, 2026 10:27 AM ET Email from Kellogg to Debevoise—Meta's and Apple's respective positions on custodians are:

- For **RFPs 6, 9(a-d) and 9(g-h)**, Meta proposed to use custodians Aruna Bharathi, Ash Jhaveri, Parkin Kent, Maggie Krummel, John Lagerling, Dan Rose, Marina Shilman, Marc Shedroff, Stephanie Wang, Stan Chudnovsky, and Vivek Sharma. Apple proposed to add Will Cathcart (Head of WhatsApp), Vijaye Raji (VP of Facebook Gaming, former), Greg Marra (VP of Product Management), Vince Darley (VP of Product), Andrew Mo (Director of Product

[5] Apple agreed to drop from its prior proposal: Andrew Bosworth, Alex Himel, and Samantha Wu.

Management), Ime Archibong (VP of Product Management), and Alice Newton Rex (VP, Head of Product, WhatsApp).[6]

- For **RFP 18**, Meta proposed to use custodians Will Cathcart, Stan Chudnovsky, Ime Archibong, Alice Newton Rex, Maggie Krummel, and Marc Shedroff. Apple proposed to add Aruna Bharathi (Strategic Alliances Partnership Manager – Apple, former), Ash Jhaveri (VP of AI Partnerships), Parkin Kent (Strategic Alliances Partnership Manager – Apple, former), Dan Rose (VP of Partnerships, former), Marina Shilman (Strategic Alliances Partnership Manager – Apple), Stephanie Wang (Senior Director, Alliances and Business Development), and John Lagerling (VP of Business Development, former).

- For **RFP 19**, Meta has not taken a clear position regarding custodians. Apple proposed to use the full set of custodians.

- For **RFPs 20 and 21**, Meta proposed to use custodians Will Cathcart, Stan Chudnovsky, Ime Archibong, Alice Newton Rex, Ash Jhaveri, Parkin Kent, Maggie Krummel, Vivek Sharma, Marina Shilman, Marc Shedroff, and Vince Darley. Apple proposed to add Aruna Bharathi (Strategic Alliances Partnership Manager – Apple, former), Dan Rose (VP of Partnerships, former), Stephanie Wang (Senior Director, Alliances and Business Development), John Lagerling (VP of Business Development, former), Vijaye Raji (VP of Facebook Gaming, former), Greg Marra (VP of Product Management), and Andrew Mo (Director of Product Management).

- For **RFP 25**, Meta proposed to use custodians Will Cathcart, Stan Chudnovsky, Ime Archibong, Alice Newton Rex, Maggie Krummel, and Marc Shedroff. Apple proposed to add Aruna Bharathi (Strategic Alliances Partnership Manager – Apple, former), Ash Jhaveri (VP of AI Partnerships), Parkin Kent (Strategic Alliances Partnership Manager – Apple, former), Dan Rose (VP of Partnerships, former), Marina Shilman (Strategic Alliances Partnership Manager – Apple), Stephanie Wang (Senior Director, Alliances and Business Development), and John Lagerling (VP of Business Development, former).

- For **RFP 27**, Meta proposed to use custodians Will Cathcart, Stan Chudnovsky, Ime Archibong, and Alice Newton Rex. Apple proposed to add Aruna Bharathi (Strategic Alliances Partnership Manager – Apple, former), Ash Jhaveri (VP of AI Partnerships), Parkin Kent (Strategic Alliances Partnership Manager – Apple, former), Maggie Krummel (Strategic Alliances Partnership Manager – Apple, former), Dan Rose (VP of Partnerships, former), Marina Shilman (Strategic Alliances Partnership Manager – Apple), Marc Shedroff (VP of Business Development and Alliances), Stephanie Wang (Senior Director, Alliances and Business Development), and John Lagerling (VP of Business Development, former).

- For **RFP 28**, Meta proposed to use custodians Vijaye Raji, Vivek Sharma, and Andrew Mo. Apple proposed to add Aruna Bharathi (Strategic Alliances Partnership Manager – Apple, former), Stan Chudnovsky (VP of Messenger, former), Ash Jhaveri (VP of AI Partnerships), Parkin Kent (Strategic Alliances Partnership Manager – Apple, former), Maggie Krummel (Strategic Alliances Partnership Manager – Apple, former), Dan Rose (VP of Partnerships,

---

[6] Custodian titles reflected in this Declaration are as they appear in Apple's May 15, 2026 Revised Search Protocol.

former), Marina Shilman (Strategic Alliances Partnership Manager – Apple), Marc Shedroff (VP of Business Development and Alliances), and Vince Darley (VP of Product, former).

- For **RFP 40**, Meta proposed to use custodians Vijaye Raji, Vivek Sharma, Andrew Mo, Parkin Kent, and Marc Shedroff. Apple proposed to add Aruna Bharathi (Strategic Alliances Partnership Manager – Apple, former), Stan Chudnovsky (VP of Messenger, former), Ash Jhaveri (VP of AI Partnerships), Maggie Krummel (Strategic Alliances Partnership Manager – Apple, former), Dan Rose (VP of Partnerships, former), Marina Shilman (Strategic Alliances Partnership Manager – Apple), Stephanie Wang (Senior Director, Alliances and Business Development), and Vince Darley (VP of Product, former).

- For **RFP 42**, Meta proposed to use custodians Vijaye Raji, Vivek Sharma, Andrew Mo, Aruna Bharathi, Parkin Kent, and Maggie Krummel. Apple proposed to add Stan Chudnovsky (VP of Messenger, former), Ash Jhaveri (VP of AI Partnerships), Dan Rose (VP of Partnerships, former), Marina Shilman (Strategic Alliances Partnership Manager – Apple), Marc Shedroff (VP of Business Development and Alliances), Stephanie Wang (Senior Director, Alliances and Business Development), and Vince Darley (VP of Product, former).

- For **RFP 44**, Meta proposed to use custodian Greg Marra. Apple proposed to add Aruna Bharathi (Strategic Alliances Partnership Manager – Apple, former), Ash Jhaveri (VP of AI Partnerships), Parkin Kent (Strategic Alliances Partnership Manager – Apple, former), Maggie Krummel (Strategic Alliances Partnership Manager – Apple, former), Dan Rose (VP of Partnerships, former), Marina Shilman (Strategic Alliances Partnership Manager – Apple), Marc Shedroff (VP of Business Development and Alliances), Stephanie Wang (Senior Director, Alliances and Business Development), and John Lagerling (VP of Business Development, former).

25. In its July 9, 2026 email to Meta, Apple further stated that, given Meta's refusal to include Apple's four proposed Senior Custodians—Mr. Zuckerberg, Ms. Levine, Mr. Gerber, and Mr. Hegeman—the parties were "at an impasse" on that issue. **Ex. M**, July 9, 2026 11:53 PM ET Email from Debevoise to Kellogg.

26. In subsequent emails and meet and confers, Meta rejected every additional custodian that Apple in its July 2, 2026 proposal requested be used for custodial searches. **Ex. M**, July 7, 2026 8:10 PM ET Email from Kellogg to Debevoise; **Ex. M**, July 10, 2026 10:27 AM ET Email from Kellogg to Debevoise.

27. As to the CID refresh, Meta reiterated that its position "is neither an agreement nor a refusal to provide a refresh at this time." **Ex. M**, July 7, 2026 8:10 PM ET Email from Kellogg to Debevoise. On July 9, 2026, Apple stated regarding the CID refresh that, having failed to conduct the CID refresh for nearly a year, "Meta's unwillingness to agree to a refresh amounts to a refusal to

provide it, and we are at an impasse on that issue as well." **Ex. M**, July 9, 2026 11:53 PM ET Email from Debevoise to Kellogg.

28. Apple and Meta have been unable to reach agreement regarding how Meta will respond to Apple's sufficient to show (i.e., go-get) RFPs. For RFPs 12, 13, 22, 23, 24, 26, 30, 34, 36, 37, 43, 46, and 48, Meta has not stated whether it will produce documents sufficient to satisfy each of these requests.[7] For RFPs 7, 8, 10, 17, 39, Meta has proposed to produce certain categories of the requested information but has not yet made those productions. Specifically:

- For **RFP 7** that seeks download and use rates for Meta's apps, Meta proposed to produce certain unidentified demonstratives from the *FTC v. Meta* trial.
- For **RFP 8** that seeks documents showing each marketplace where Meta's apps are available and user complaints concerning app functionality across platforms, Meta offered to produce documents showing where apps are available but that do not address user complaints.
- For **RFP 10** that seeks documents showing Meta's basis for its estimated revenue losses from in app purchasing restrictions, Meta directed Apple to a document produced in the CID Production that reflects those estimates without providing the basis for them.
- For **RFP 17** that seeks documents identifying the financial performance of Meta's apps, Meta stated it could produce certain ordinary course business documents showing some, but not all, of the requested data. As of filing, Meta has not produced those documents.
- For **RFP 39** that seeks information regarding Meta's mini programs, including monthly active user data, developer name, privacy and security features, consumer complaints, and launch and discontinuation dates, Meta offered to produce monthly active user and developer data, limited to an undefined set of its "most used" mini programs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 28, 2026
Washington, D.C.

/s/ Anna A. Moody
Anna A. Moody

[7] For **RFPs 12, 13, and 37**, Apple proposed search terms as part of its Narrowed Search Protocol, but Meta requested that these RFPs instead be resolved on a go-get basis because they were sufficient-to-show RFPs. Meta later requested that these RFPs be addressed through custodial searches, as Apple had originally requested, leaving unresolved how Meta would satisfy these requests.