# EXHIBIT A

FILED UNDER SEAL