# EXHIBIT C

FILED UNDER SEAL