# EXHIBIT E

FILED UNDER SEAL