# EXHIBIT F

FILED UNDER SEAL