# EXHIBIT H

Excerpt of Original Document

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br>*Plaintiffs*,<br>v.<br>APPLE INC.,<br>*Defendant*. | No. 2:24-cv-4055-JXN-LDW |

**PLAINTIFFS' RULE 26(A)(1) INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs United States of America, the States of New Jersey, Arizona, California, Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin, and the District of Columbia, acting by and through their respective Attorneys General, (collectively, "Plaintiffs") hereby respectfully serve these Initial Disclosures to Defendant Apple Inc. ("Apple"). Pursuant to Federal Rule of Civil Procedure 26(e), Plaintiffs reserve the right to supplement and correct these disclosures as necessary.

These disclosures are based on information currently available to Plaintiffs and represent good-faith efforts to (1) identify individuals likely to have discoverable information that may be used to support Plaintiffs' claims in this action and (2) describe documents, electronically stored information, and tangible things that may be used to support Plaintiffs' claims in this action. These disclosures are not intended to waive any objections that Plaintiffs may have regarding the use or admissibility of any disclosed information, whether during discovery or at trial. These

disclosures do not constitute a waiver of attorney-client privilege, attorney work product, or any other applicable privilege or protection. These initial disclosures do not include expert disclosures under Federal Rule of Civil Procedure 26(a)(2).

Plaintiffs are not seeking damages from Apple in this action and do not have insurance agreements relevant to this matter, and therefore have no disclosures under Federal Rule of Civil Procedure 26(a)(1)(A)(iii) or (iv).

## I. IDENTIFICATION OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION (FED. R. CIV. P. 26(a)(1)(A)(i))

Appendix A identifies individuals that are likely to have discoverable information that Plaintiffs may use to support their claims. Plaintiffs reserve the right to call as witnesses any individuals identified by Apple in its Federal Rule of Civil Procedure 26(a) disclosures.

## II. DESCRIPTION OF DOCUMENTS (FED. R. CIV. P. 26(a)(1)(A)(ii))

Without waiving any objections to relevance, privilege, or admissibility of these materials and without agreeing that they are required to be disclosed pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii) in response to an appropriate discovery request, Plaintiffs hold the material below that they may use to support their claims or defenses. All of these materials are located at the Antitrust Division's offices in Washington, D.C. and, as relevant, at the Antitrust Divisions' offices of the Attorneys General of the respective Plaintiff States.

Plaintiffs may use materials from their investigative file that includes deposition transcripts, documents, data, and interrogatory responses obtained from Apple; correspondence with Apple and with third parties; and documents, data, and interrogatory responses obtained from third parties. Plaintiffs may also use (i) publicly available documents or data and (ii) documents or data that will be produced by Apple and third parties during this litigation.

Dated: August 23, 2024

Respectfully submitted,

*/s/ Jonathan H. Lasken*
Jonathan H. Lasken
Assistant Chief, Civil Conduct Task Force
United States Department of Justice
450 Fifth Street, NW, Suite 4000
Washington, D.C. 20530
Telephone: (202) 598-6517
Email: jonathan.lasken@usdoj.gov

PHILIP R. SELLINGER
United States Attorney

*/s/ J. Andrew Ruymann*
J. Andrew Ruymann
Assistant United States Attorney
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Telephone: (609) 989-0563
Email: John.Ruymann@usdoj.gov

*Attorneys for Plaintiff United States*

MATTHEW J. PLATKIN
Attorney General of New Jersey

*/s/Andrew F. Esoldi*
Andrew F. Esoldi
Deputy Attorney General
Consumer Fraud Prosecution Section
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, NJ 07102
Telephone: (973) 648-3070
Andrew.esoldi@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

## APPENDIX A

**Individuals who likely have discoverable information that the Plaintiffs may use to support their claims or defenses.**

Below is a list of individuals and entities who Plaintiffs at this time believe are likely to have discoverable information that Plaintiffs may use to support their claims or defenses, or information that Plaintiffs may use to refute claims or defenses raised by Apple. Other individuals and entities not named below, including other customers, contracting partners, competitors, and advisors to Apple and Apple's employees or former employees, may also have discoverable information.

1. **Name:** Current and former employees of Apple Inc., including but not limited to current or former Apple employees who served as document custodians or were deposed during a government investigation or who will serve as document custodians or will be deposed during litigation.
   **Address:** One Apple Park Way
   Cupertino, CA 95014
   **Counsel/Contact:** Defense counsel
   **Telephone:** Defense counsel
   **Subject(s):** Information relevant to the allegations in the Complaint; relevant product and geographic markets, including the smartphone and performance smartphone markets; competition, market shares, market power, and barriers to entry in the relevant markets; Apple's exclusionary conduct and the resulting anticompetitive effects.

2. **Name:** Employees of 37signals LLC or related entities, including David Heinemeier Hansson (Chief Technology Officer)
   **Address:** Unknown
   **Counsel/Contact:** David Heinemeier Hansson
   david@basecamp.com
   **Telephone:** Unknown
   **Subject(s):** Relevant product and geographic markets, including the smartphone and performance smartphone markets; competition, market shares, market power, and barriers to entry in the relevant markets; Apple's exclusionary conduct and the resulting anticompetitive effects.

markets; Apple's exclusionary conduct and the resulting anticompetitive effects.

**50. Name:** Employees of Mercedes Benz AG or related entities, including Miguel Arriola (Senior Manager)
**Address:** Mercedesstrasse 120
70372 Stuttgart
Germany
**Counsel/Contact:** David Higbee
Shearman & Sterling LLP
David.Higbee@aoshearman.com
**Telephone:** (202) 508-8071
**Subject(s):** Relevant product and geographic markets, including the smartphone and performance smartphone markets; competition, market shares, market power, and barriers to entry in the relevant markets; Apple's exclusionary conduct and the resulting anticompetitive effects.

**51. Name:** Current and former employees of Meta Platforms, Inc. or related entities, including Ime Archibong (Product Head Messenger), Vince Darley (former VP Product), Ash Jhaveri (VP Business Development), Greg Marra (VP Product Marketing), Andrew Mo (Product Manager), Alice Newton-Rex (Product Director WhatsApp), Ben Savage (Software Engineer), Vivek Sharma (former VP Gaming), Marc Shedroff (VP Business Development), David Whetstone (former Head of Telecom Partnerships), Mike Winters (VP Analytics)
**Address:** One Hacker Way
Menlo Park, CA 94025
**Counsel/Contact:** Renata Hesse
Sullivan & Cromwell LLP
hesser@sullcrom.com
**Telephone:** (202) 956-7575
**Subject(s):** Relevant product and geographic markets, including the smartphone and performance smartphone markets; competition, market shares, market power, and barriers to entry in the relevant markets; Apple's exclusionary conduct and the resulting anticompetitive effects.

**52. Name:** Employees of Microsoft Corporation or related entities, including Catherine Gluckstein (VP Product xCloud), Wyatt Jackson (Principal Software Engineering Manager xCloud), Alex Russell (Partner Product Manager Edge), Lori Wright (VP xBox)

**CERTIFICATE OF SERVICE**

I certify that on the date below, I served the foregoing on all counsel of record by email.

Dated: August 23, 2024

By: */s/ Jeremy C. Keeney*

Jeremy C. Keeney
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8600
Telephone: (202) 372-5922
Email: Jeremy.Keeney@usdoj.gov

*Attorney for Plaintiff United States of America*