# EXHIBIT K

**From:** Hesse, Renata <hesser@sullcrom.com>
**Sent:** Tuesday, June 17, 2025 8:57 AM
**To:** Moody, Anna; 'korsini@cravath.com'; Palmer, Shane M.
**Cc:** 'craig.primis@kirkland.com'; 'matt.reilly@kirkland.com'; 'crichman@gibsondunn.com'; 'ksturek@kirkland.com'; 'dswanson@gibsondunn.com'; 'stephen.tensmeyer@kirkland.com'; 'lwalsh@walsh.law'; Tegrar, Steven; 'NPowell@gibsondunn.com'; 'jrose@gibsondunn.com'; O'Neil, David A.
**Subject:** RE: United States, et al. v. Apple Inc., No. 2:24-cv-04055-JXN-LDW (D.N.J.)

***EXTERNAL***

Anna – We agree to accept service on Meta's behalf.

Renata

**Renata B. Hesse | Sullivan & Cromwell LLP**
1700 New York Avenue, N.W., Washington, D.C. 20006-5215
550 Hamilton Avenue, Palo Alto, CA 94301-2010
office: +1 (202) 956-7575
mobile: +1 (917) 514-3234
hesser@sullcrom.com

---

**From:** Moody, Anna <AMoody@debevoise.com>
**Sent:** Monday, June 16, 2025 10:34 PM
**To:** 'korsini@cravath.com' <korsini@cravath.com>; Hesse, Renata <hesser@sullcrom.com>
**Cc:** 'craig.primis@kirkland.com' <craig.primis@kirkland.com>; 'matt.reilly@kirkland.com' <matt.reilly@kirkland.com>; 'crichman@gibsondunn.com' <crichman@gibsondunn.com>; 'ksturek@kirkland.com' <ksturek@kirkland.com>; 'dswanson@gibsondunn.com' <dswanson@gibsondunn.com>; 'stephen.tensmeyer@kirkland.com' <stephen.tensmeyer@kirkland.com>; 'lwalsh@walsh.law' <lwalsh@walsh.law>; Tegrar, Steven <sgtegrar@debevoise.com>; 'NPowell@gibsondunn.com' <NPowell@gibsondunn.com>; 'jrose@gibsondunn.com' <jrose@gibsondunn.com>; O'Neil, David A. <daoneil@debevoise.com>
**Subject:** [EXTERNAL] United States, et al. v. Apple Inc., No. 2:24-cv-04055-JXN-LDW (D.N.J.)

Counsel,

Please see the attached subpoena from Defendant Apple Inc. to Meta Platforms, Inc. in connection with the above-referenced matter. Please let us know if you will agree to waive service and accept the subpoena on Meta's behalf.

Best,
Anna

**Debevoise & Plimpton**

**Anna Moody**
Counsel
amoody@debevoise.com

+1 202 383 8017 (Tel)

www.debevoise.com [debevoise.com]

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in Washington, D.C. at 202-383-8000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com [debevoise.com].

---

****This is an external message from:** amoody@debevoise.com ******

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.