# EXHIBIT N

***United States v. Apple Inc.*, No. 2:24-cv-04055 (D.N.J.)**
**Meta Subpoena – Proposed Search Protocol**
**January 14, 2026**

**Introduction**:

Below is a proposed search protocol in connection with Apple's subpoena on Meta in the matter of *United States v. Apple Inc.*, No. 2:24-cv-04055 (D.N.J.). The proposal involves: (1) a search term proposal, (2) a custodian proposal, and (3) a set of document requests for which Apple proposes that Meta engage in good-faith in order to identify a reasonable set of responsive go-get documents. For all search term proposals, Apple requests that Meta provide hit reports so that we can work cooperatively to make sure that any proposed search terms are appropriately and reasonably tailored to locate responsive documents.

**1) Search Term Proposal:**

Apple proposes satisfying the requests listed in the below table via custodial searches, with a *January 1, 2014 through June 15, 2025* date range, with the understanding Meta will produce documents responsive to each identified request to the extent they are reviewed pursuant to other searches. In other words, if a document responsive to RFP X comes up in response to search terms for RFP Y, Apple expects Meta to produce that responsive document.

Apple has organized the below custodial search terms into general/approximate topical categories for ease of review and organization only; they are not meant to limit the responsiveness of requests or terms to the specific topical category in which they are listed.

| Topical Category | Search Terms |
|---|---|
| **Investigation Refresh Production** | Meta has not provided the CID search terms to allow for a "refresh". |
| **Cloud Streaming** | • **RFP Nos. 1 and 23:** (compet* OR (market* w/10 share*) OR (market* w/10 segment*) OR (market* w/10 demand*) OR submarket*) w/30 ((cloud* w/2 (stream* OR gam* OR play*)) OR (stream* w/2 (gam* OR app* OR apps OR application*)) OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (gam* w/1 tab) OR "play games pill")<br>• **RFP No. 2:** (board* OR bod*) AND (apple* AND ((cloud* w/2 (stream* OR gam* OR play*)) OR (stream* w/2 (gam* OR app* OR apps OR application*)) OR "Facebook Gam*" OR "FB gam*" OR "gam* tab" OR "play games pill"))<br>• **RFP Nos. 4, 6, and 9(a-d)**: ((apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Amazon Appstore" OR "Amazon Underground" OR "Android Market" OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR Origin OR "Samsung Galaxy Store" OR Steam OR "Windows Phone Store" OR Altstore OR TutuApp OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR "smart phone*" OR iPhone* OR Android* OR testflight* OR (test w/1 flight*)) AND ((cloud* w/2 (stream* OR gam* OR play*)) OR (stream* w/2 (gam* OR app* OR apps OR application*)) OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (gam* w/1 tab) OR "play games pill") AND (approv* OR review* OR reject* OR feature* OR function* OR API* OR "application programming interface*" OR entitlement* OR development* OR remov*))<br>• **RFP No. 9(e)**: ((cloud* w/2 (stream* OR gam* OR play*)) OR (stream* w/2 (gam* OR app* OR apps OR application*)) OR "Facebook |

| | |
|---|---|
| | Gam*" OR "FB gam*" OR "gam* tab" OR "play games pill") w/30 (priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM)<br>• **RFP No. 9(f):** ((cloud* w/2 (stream* OR gam* OR play*)) OR (stream* w/2 (gam* OR app* OR apps OR application*)) OR "Facebook Gam*" OR "FB gam*" OR "gam* tab" OR "play games pill") w/30 (profit* OR project* OR p&l*)<br>• **RFP No. 9(g):** ((cloud* w/2 (stream* OR gam* OR play*)) OR (stream* w/2 (gam* OR app* OR apps OR application*)) OR "Facebook Gam*" OR "FB gam*" OR "gam* tab" OR "play games pill") w/30 (market* OR advertis* OR grow* OR business* OR strateg*)<br>• **RFP No. 9(h):** (((cloud* w/2 (stream* OR gam* OR play*)) OR (stream* w/2 (gam* OR app* OR apps OR application*)) OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (gam* w/1 tab) OR "play games pill") w/30 (safari* OR (web w/5 app*) OR chrome* OR edge* OR native* OR (cloud w/2 (stream* OR gam*))))<br>• **RFP Nos. 10 and 43(a)**: ((cloud* w/2 (stream* OR gam* OR play*)) OR (stream* w/2 (gam* OR app* OR apps OR application*)) OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (gam* w/1 tab) OR "play games pill") AND ((app* w/1 store*) OR appstore* OR apple* OR "app review" OR "Amazon Appstore" OR "Amazon Underground" OR Android OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR Origin OR "Samsung Galaxy Store" OR Steam OR "Windows Phone Store" OR Altstore OR Tutu.App OR "@apple.com" OR OS OR iOS OR "operating system*" OR smartphone* OR iPhone* OR Android* OR phone* OR Google) AND (((harm* OR detriment* OR hinder* OR adverse* OR disadvantage* OR advantag* OR barrier* OR antitrust OR anti-trust OR discrim* OR inconsisten* OR disparat* OR gatekeep* OR undercut* OR anti-competitiv* OR anticompetitiv* OR monopol* OR duopol* OR inconsist* OR approv* OR reject* OR restrict* OR violat* OR remov* OR negotiat* OR compliance* OR comply* OR interop* OR ((barrier* OR cost*) w/15 switch*) OR prohibit* OR IAP OR (in-app w/1 purchase*) OR (in w/1 app w/1 purchase*) OR "digital currenc*" OR DPLA OR "developer program license agreement*" OR "3.1" OR "4.7" OR "4.9" OR "individual app" OR "native app" OR "2.5.6" OR "Safari WebKit")) w/25 (rule* OR polic* OR procedur* OR guideline* OR requirement* OR agreement* OR contract* OR practice*))<br>• **RFP No. 19(d-f):** (((cloud* w/2 (stream* OR gam* OR play*)) OR (stream* w/2 (gam* OR app* OR apps OR application*)) OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (gam* w/1 tab) OR "play games pill") w/20 (((in w/1 app) OR (in-app) OR app*) w/5 purchas*)) AND (priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR value* OR benefit* OR innovat* OR upside* OR downside* OR risk* OR safe* OR drawback* OR seamless* OR perform* OR reliab* OR glitch* OR financ* OR polic* OR redeem* OR redemp* OR payment* OR pay* OR negotiat*)<br>• **RFP No**. **28**: ((safari* OR chrome* OR edge* OR (web w/5 app*) OR native* OR (cloud* w/2 (stream* OR gam* OR play*)) OR (stream* w/2 (gam* OR app* OR apps OR application*))) AND ((Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*)) AND (compar* OR analy* OR benefit* OR drawback* OR upside* OR downside* OR pro OR pros OR con OR cons OR better OR worse OR positive* OR negative* OR hinder* OR hindrance* OR capabilit* OR capable* OR function* OR qualit*)) |
| **App Stores** | • **RFP Nos. 1 and 23:** ((compet* OR (market* w/10 share*) OR (market* w/10 segment*) OR (market* w/10 demand*) OR submarket*) w/30 ((app* w/1 store*) OR appstore* OR (app* w/1 review*) OR "Horizon Store" OR "app center" OR "Oculus Store" OR "Meta Store" OR "Quest Store"))<br>• **RFP No. 2:** ((board* OR bod*) AND (apple* AND ((app* w/1 store*) OR appstore* OR (app* w/1 review*) OR "Horizon Store" OR "app center" OR "Oculus Store" OR "Meta Store" OR "Quest Store")))<br>• **RFP No. 10**: ((apple* AND ((app* w/1 store*) OR appstore* OR (app* w/1 review*))) AND (harm* OR detriment* OR hinder* OR adverse* OR disadvantage* OR advantag* OR barrier* OR antitrust OR anti-trust OR discrim* OR inconsisten* OR disparat* OR gatekeep* OR undercut* OR anti-competitiv* OR anticompetitiv* OR monopol* OR duopol* OR inconsist* OR approv* OR reject* OR |

| | |
|---|---|
| | restrict* OR violat* OR remov* OR negotiat* OR compliance* OR comply* OR interop* OR ((barrier* OR cost*) w/15 switch*)))<br>• **RFP No. 14**: (((app* w/1 store*) OR apple* OR "Amazon Appstore" OR "Amazon Underground" OR "Android Market" OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR Origin OR "Samsung Galaxy Store" OR Steam OR "Windows Phone Store" OR Altstore OR TutuApp OR appstore*) AND ((guideline* OR DPLA OR (licens* w/1 agreement*) OR (developer* w/4 (agreement* OR program*))) AND (modif* OR chang* OR edit* OR revis* OR exempt* OR propos*)))<br>• **RFP No. 31**: (((consumer* OR user* OR customer* OR purchaser*) w/10 (survey* OR view* OR opinion* OR insight* OR feedback* OR complain*)) AND (risk* OR priva* OR secur* OR fraud* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR breach* OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM)) AND ("App Center" OR (Horizon w/1 Store*) OR "Oculus Store" OR "Meta Store" OR "Quest Store" OR Blue OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile") |
| **Smartphones, Platforms, and OS** | • **RFP Nos. 1 and 23:** ((compet* OR (market* w/10 share*) OR (market* w/10 segment*) OR (market* w/10 demand*) OR submarket*) w/30 ((smart w/1 phone*) OR smartphone* OR iPhone* OR Android* OR OS OR "operating system"))<br>• **RFP No. 2:** ((board* OR bod*) AND (apple* OR iPhone* OR phone* OR smartphone* OR (smart w/1 phone*) OR iOS))<br>• **RFP Nos. 5 and 18**: (((API OR APIs OR feature* OR functionalit* OR entitlement* OR tool* OR develop* OR (application w/1 programming w/1 interface*)) w/20 (assist* OR help* OR question* OR ask* OR access* OR obtain* OR enabl* OR disabl* OR use* OR using* OR facilitate*)) AND (apple* OR iPhone* OR Android* OR (smart w/1 phone*) OR smartphone* OR (watch* w/10 (messenger OR notif*))))<br>• **RFP No. 10**: (("Sign-in with Apple" OR "Sign in with Apple" OR SIWA OR ATT OR "App Tracking Transparency" OR "iOS 14" OR "iOS 14.5" OR iPhone* OR iOS) AND (harm* OR detriment* OR hinder* OR adverse* OR disadvantage* OR advantag* OR barrier* OR antitrust OR anti-trust OR discrim* OR inconsisten* OR disparat* OR gatekeep* OR undercut* OR anti-competitiv* OR anticompetitiv* OR monopol* OR duopol* OR inconsist* OR approv* OR reject* OR restrict* OR violat* OR remov* OR negotiat* OR compliance* OR comply* OR interop* OR ((barrier* OR cost*) w/15 switch*)))<br>• **RFP Nos. 12, 13, 15, 16, 20, 21, 22, 37:** ((priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR value* OR benefit* OR differ* OR compar* OR upside* OR downside* OR risk* OR safe* OR drawback* OR seamless* OR perform* OR reliab* OR glitch* OR feature* OR tool* OR function* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR development* OR service* OR interop* OR SDK* OR (software w/1 development w/1 kit*) OR review* OR approv* OR reject* OR guideline*) AND ((app* w/1 store*) OR appstore* OR apple* OR "App Center" OR (Horizon w/1 Store*) OR "Oculus Store" OR "Meta Store" OR "Quest Store" OR "Amazon Appstore" OR "Amazon Underground" OR "Android Market" OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR Origin OR "Samsung Galaxy Store" OR Steam OR "Windows Phone Store" OR Altstore OR TutuApp OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR iOS OR platform* OR PC OR laptop* OR desktop* OR device* OR tablet* OR iMac* OR iPad* OR Mac OR Macbook OR iPadOS OR iMessage* OR "Facebook Mobile" OR "FB Mobile" OR instantgam* OR (instant w/3 gam*) OR (mini w/3 program*) OR miniprogram* OR HTML5))<br>• **RFP No. 32:** ((risk* OR priva* OR secur* OR fraud* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR breach* OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM) AND ((wynn-williams*) OR "careless people" OR Yandex OR track* OR ATT OR "App Tracking Transparency" OR "iOS 14" OR "iOS 14.5" OR ((China* OR Chinese*) w/10 (government OR track* OR data)) OR ((superprofil* OR super-profil* OR "exploitative abuse") w/20 (Bundeskartellamt* OR German*)) OR Adkins* OR "3:18-cv-05892" OR "3:18-md-02843" OR vulnerab* OR expos* OR "consumer privacy user profile" OR ((sale OR sell* OR sold) |

| | |
|---|---|
| | w/10 data))) |
| **Super Apps and Mini-Programs** | • **RFP Nos. 1 and 23:** ((compet* OR (market* w/10 share*) OR (market* w/10 segment*) OR (market* w/10 demand*) OR submarket*) w/30 (gam* OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*) OR (instant w/3 gam*) OR instantgam* OR HTML5 OR (gam* w/1 tab) OR "play games pill" OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR (super-app*)))<br>• **RFP No. 2:** (board* OR bod*) AND (apple* AND (gam* OR "Facebook Gam*" OR "FB Gam*" OR "cloud gam*" OR (instant w/3 gam*) OR "instantgam*" OR "HTML 5" OR "HTML5" OR "HTML-5" OR "gam* tab" OR "play games pill" OR "H-5" OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR "Blue" OR "super app*" OR "superapp*" OR "super-app*"))<br>• **RFP Nos. 4, 6, and 9(a-d)**: ((apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Amazon Appstore" OR "Amazon Underground" OR "Android Market" OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR Origin OR "Samsung Galaxy Store" OR Steam OR "Windows Phone Store" OR Altstore OR TutuApp OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR testflight* OR (test w/1 flight*)) AND (gam* OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*) OR (instant w/3 gam*) OR instantgam* OR HTML5 OR (gam* w/1 tab) OR "play games pill" OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*) AND (approv* OR review* OR reject* OR feature* OR function* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR development* OR remov*))<br>• **RFP No. 9(e)**: ((gam* OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*) OR (instant w/3 gam*) OR instantgam* OR HTML5 OR (gam* w/1 tab) OR "play games pill" OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*) w/30 (priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM))<br>• **RFP No. 9(f):** ((gam* OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*) OR (instant w/3 gam*) OR instantgam* OR HTML5 OR (gam* w/1 tab) OR "play games pill" OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*) w/30 (profit* OR project* OR p&l*))<br>• **RFP No. 9(g):** ((gam* OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*) OR (instant w/3 gam*) OR instantgam* OR HTML5 OR (gam* w/1 tab) OR "play games pill" OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*) w/30 (market* OR advertis* OR grow* OR business* OR strateg*))<br>• **RFP No. 9(h):** ((gam* OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*) OR (instant w/3 gam*) OR instantgam* OR HTML5 OR (gam* w/1 tab) OR "play games pill" OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*) w/30 (safari* OR (web w/5 app*) OR chrome* OR edge* OR native* OR (cloud w/2 (stream* OR gam*)) OR (stream* w/2 (gam* OR app* OR apps OR application*))))<br>• **RFP Nos. 10 and 43(d)**: ((gam* OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*) OR (instant w/1 gam*) OR HTML5 OR (gam* w/1 tab) OR "play games pill" OR (mini w/3 program*) OR miniprogram*) AND ((app* w/1 store*) OR appstore* OR apple* OR "app review" OR "Amazon Appstore" OR "Amazon Underground" OR Android OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR Origin OR "Samsung Galaxy Store" OR Steam OR "Windows Phone Store" OR Altstore OR Tutu.App OR "@apple.com" OR OS OR iOS OR "operating system*" OR smartphone* |

| | |
|---|---|
| | OR iPhone* OR Android* OR phone* OR Google) AND (((harm* OR detriment* OR hinder* OR adverse* OR disadvantage* OR advantag* OR barrier* OR antitrust OR anti-trust OR discrim* OR inconsisten* OR disparat* OR gatekeep* OR undercut* OR anti-competitiv* OR anticompetitiv* OR monopol* OR duopol* OR inconsist* OR approv* OR reject* OR restrict* OR violat* OR remov* OR negotiat* OR compliance* OR comply* OR interop* OR ((barrier* OR cost*) w/15 switch*) OR prohibit* OR IAP OR (in-app w/1 purchase*) OR (in w/1 app w/1 purchase*) OR "digital currenc*" OR DPLA OR "developer program license agreement*" OR "3.1" OR "4.7" OR "4.9" OR display* OR categor* OR list* OR simple* OR flat* OR (text w/3 only) OR "store-like" OR (like w/10 store*) OR "app-like" OR (store* w/10 store*) OR (platform* w/10 platform*) OR (suggest* w/30 friend*) OR (play* w/30 friend*) OR (cross* w/5 promot*) OR "gaming feed" OR ((recommend* OR suggest*) w/30 (you OR friend* OR gam*)) OR "more games" OR "arcade menu" OR ((native w/1 platform w/1 APIs) w/30 (third w/1 party w/1 software)) OR "individual app" OR "native app" OR "2.5.6" OR "Safari WebKit")) w/25 (rule* OR polic* OR procedur* OR guideline* OR requirement* OR agreement* OR contract* OR practice*)))<br>• **RFP No. 19(d-f):** (((gam* OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*) OR (instant w/1 gam*) OR HTML5 OR (gam* w/1 tab) OR "play games pill" OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*) w/20 (((in w/1 app) OR (in-app) OR app*) w/5 purchas*)) AND (priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR value* OR benefit* OR innovat* OR upside* OR downside* OR risk* OR safe* OR drawback* OR seamless* OR perform* OR reliab* OR glitch* OR financ* OR polic* OR redeem* OR redemp* OR payment* OR pay* OR negotiat*))<br>• **RFP No. 40:** ((native* OR miniprogram* OR (mini w/3 program*) OR (mini w/1 app*) OR HTML5 OR (instant w/1 gam*) OR instantgam*) AND ((Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*)) AND (compar* OR analy* OR benefit* OR drawback* OR upside* OR downside* OR pro OR pros OR con OR cons OR better OR worse OR positive* OR negative* OR hinder* OR hindrance* OR capabilit* OR capable* OR function* OR qualit*))<br>• **RFP No. 42**: (((consumer* OR user* OR customer* OR purchaser*) w/10 (survey* OR view* OR opinion* OR insight* OR feedback*)) AND ((gam* OR (Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*) OR (instant w/3 gam*) OR instantgam* OR HTML5 OR (gam* w/1 tab) OR "play games pill" OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*) w/15 (display* OR icon* OR categor* OR flat* OR (text w/3 only) OR list* OR simple*)) AND (mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR compet* OR strength* OR success*)) |
| **Messaging** | • **RFP Nos. 1, 23, and 52:** ((compet* OR (market* w/10 share*) OR (market* w/10 segment*) OR (market* w/10 demand*) OR submarket*) w/30 (iMessage* OR messag* OR SMS* OR (short w/1 message w/1 service*) OR MMS* OR (multimedia w/1 messaging w/1 service*) OR RCS* OR (rich w/1 communication w/1 service*) OR text OR texts OR WhatsApp OR WA OR Messenger OR Instagram OR IG))<br>• **RFP No. 2:** ((board* OR bod*) AND (iMessage* OR (apple* AND (messag* OR SMS* OR (short w/1 message w/1 service*) OR MMS* OR (multimedia w/1 messaging w/1 service*) OR RCS* OR (rich w/1 communication w/1 service*) OR text OR texts OR WhatsApp OR WA OR Messenger OR Instagram OR IG))))<br>• **RFP Nos. 4, 6, and 9(a-d)**: ((apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Amazon Appstore" OR "Amazon Underground" OR "Android Market" OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR Origin OR "Samsung Galaxy Store" OR Steam OR "Windows Phone Store" OR Altstore OR TutuApp OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR testflight* OR (test w/1 flight*)) AND (messag* OR SMS* OR (short w/1 message w/1 service*) OR MMS* OR (multimedia w/1 messaging w/1 service*) OR RCS* OR (rich w/1 communication w/1 service*) OR text OR texts OR WhatsApp OR WA OR Messenger |

| | |
|---|---|
| | OR Instagram OR IG) AND (approv* OR review* OR reject* OR feature* OR function* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR development* OR remov*))<br>• **RFP No. 9(e)**: ((messag* OR SMS* OR (short w/1 message w/1 service*) OR MMS* OR (multimedia w/1 messaging w/1 service*) OR RCS* OR (rich w/1 communication w/1 service*) OR text OR texts OR WhatsApp OR WA OR Messenger OR Instagram OR IG) w/30 (priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM))<br>• **RFP No. 9(f):** ((messag* OR SMS* OR (short w/1 message w/1 service*) OR MMS* OR (multimedia w/1 messaging w/1 service*) OR RCS* OR (rich w/1 communication w/1 service*) OR text OR texts OR WhatsApp OR WA OR Messenger OR Instagram OR IG) w/30 (profit* OR project* OR p&l*))<br>• **RFP No. 9(g):** ((messag* OR SMS* OR (short w/1 message w/1 service*) OR MMS* OR (multimedia w/1 messaging w/1 service*) OR RCS* OR (rich w/1 communication w/1 service*) OR text OR texts OR WhatsApp OR WA OR Messenger OR Instagram OR IG) w/30 (market* OR advertis* OR grow* OR business* OR strateg*))<br>• **RFP Nos. 10 and 43(b)**: ((messag* OR SMS* OR (short w/1 message w/1 service*) OR MMS* OR (multimedia w/1 messaging w/1 service*) OR RCS* OR (rich w/1 communication w/1 service*) OR text OR texts OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR iMessage*) AND ((app* w/1 store*) OR appstore* OR apple* OR "app review" OR "Amazon Appstore" OR "Amazon Underground" OR Android OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR Origin OR "Samsung Galaxy Store" OR Steam OR "Windows Phone Store" OR Altstore OR Tutu.App OR "@apple.com" OR OS OR iOS OR "operating system*" OR smartphone* OR iPhone* OR Android* OR phone* OR Google) AND (((harm* OR detriment* OR hinder* OR adverse* OR disadvantage* OR advantag* OR barrier* OR antitrust OR anti-trust OR discrim* OR inconsisten* OR disparat* OR gatekeep* OR undercut* OR anti-competitiv* OR anticompetitiv* OR monopol* OR duopol* OR inconsist* OR approv* OR reject* OR restrict* OR violat* OR remov* OR negotiat* OR compliance* OR comply* OR interop* OR ((barrier* OR cost*) w/15 switch*) OR prohibit* OR "4.7" OR "store-like" OR (like w/10 store*) OR "app-like" OR (store* w/10 store*) OR (platform* w/10 platform*) OR (flat w/15 list*) OR (flat w/15 display*) OR (simple w/15 display*) OR (simple w/15 list*) OR DPLA OR "developer program license agreement" OR "4.2.3" OR "4.2.3(i)" OR ((WA OR WhatsApp) w/10 iPad) OR messenger OR (messenger w/1 bot*) OR discover OR (Pushkit w/1 VOIP) OR (push w/1 notification*) OR (sticker* AND (WA OR WhatsApp)) OR "4.3" OR "picture-in-picture" OR PIP OR (picture w/1 in w/1 picture) OR (cross w/3 platform*) OR crossplatform* OR (self w/3 prefer*) OR selfprefer* OR default* OR discrep* OR function*)) w/25 (rule* OR polic* OR procedur* OR guideline* OR requirement* OR agreement* OR contract* OR practice*)))<br>• **RFP No. 19(d-f):** (((messag* OR SMS* OR (short w/1 message w/1 service*) OR MMS* OR (multimedia w/1 messaging w/1 service*) OR RCS* OR (rich w/1 communication w/1 service*) OR text OR texts OR WhatsApp OR WA OR Messenger OR Instagram OR IG) w/20 (((in w/1 app) OR (in-app) OR app*) w/5 purchas*)) AND (priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR value* OR benefit* OR innovat* OR upside* OR downside* OR risk* OR safe* OR drawback* OR seamless* OR perform* OR reliab* OR glitch* OR financ* OR polic* OR redeem* OR redemp* OR payment* OR pay* OR negotiat*))<br>• **RFP Nos. 25, 26, and 27:** ((WhatsApp OR WA OR Messenger OR Instagram OR IG) AND (messag* OR SMS* OR (short w/1 message w/1 service*) OR MMS* OR (multimedia w/1 messaging w/1 service*) OR RCS* OR (rich w/1 communication w/1 service*) OR OTT* OR (over w/1 the w/1 top) OR text OR texts OR encrypt* OR unencrypt* OR (remov* w/5 encrypt*) OR cloud* OR (on w/3 device*) OR "send later" OR priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR background OR "Not Even WhatsApp" OR ((Apple OR iMessage) AND (integrat* OR encrypt* OR server* OR (hardware w/1 identif*) OR protocol* OR PushKit OR (push w/1 notif*) OR DPLA |

| | |
|---|---|
| | OR (Developer w/1 Program w/1 License w/1 Agreement*) OR secur* OR priva* OR function* OR convenien*)))) |
| **Digital Wallets** | • **RFP Nos. 1 and 23:** ((compet* OR (market* w/10 share*) OR (market* w/10 segment*) OR (market* w/10 demand*) OR submarket*) w/30 (wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay"))<br>• **RFP No. 2:** ((board* OR bod*) AND (apple* AND (wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay")))<br>• **RFP Nos. 4, 6, and 9(a-d)**: ((apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Amazon Appstore" OR "Amazon Underground" OR "Android Market" OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR Origin OR "Samsung Galaxy Store" OR Steam OR "Windows Phone Store" OR Altstore OR TutuApp OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR testflight* OR (test w/1 flight*)) AND (wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay") AND (approv* OR review* OR reject* OR feature* OR function* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR development* OR remov*))<br>• **RFP No. 9(e)**: ((wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay") w/30 (priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM))<br>• **RFP No. 9(f):** ((wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay") w/30 (profit* OR project* OR p&l*))<br>• **RFP No. 9(g):** ((wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay") w/30 (market* OR advertis* OR grow* OR business* OR strateg*))<br>• **RFP No. 10:** ((apple* AND (wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay")) AND (harm* OR detriment* OR hinder* OR adverse* OR disadvantage* OR advantag* OR barrier* OR antitrust OR anti-trust OR discrim* OR inconsisten* OR disparat* OR gatekeep* OR undercut* OR anti-competitiv* OR anticompetitiv* OR monopol* OR duopol* OR inconsist* OR approv* OR reject* OR restrict* OR violat* OR remov* OR negotiat* OR compliance* OR comply* OR interop* OR ((barrier* OR cost*) w/15 switch*)))<br>• **RFP No. 19(d-f):** (((wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay") w/20 (((in w/1 app) OR (in-app) OR app*) w/5 purchas*)) AND (priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR value* OR benefit* OR innovat* OR upside* OR downside* OR risk* OR safe* OR drawback* OR seamless* OR perform* OR reliab* OR glitch* OR financ* OR polic* OR redeem* OR redemp* OR payment* OR pay* OR negotiat*))<br>• **RFP No. 44**: ((wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay") AND (iOS OR Android OR Apple OR iPhone* OR smartphone*) AND (cost* OR develop* OR usag* OR priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR discontinu* OR compatib* OR notif* OR interop* OR approv* OR review* OR reject* OR switch*)) |
| **Wearables** | • **RFP Nos. 1 and 23:** ((compet* OR (market* w/10 share*) OR (market* w/10 segment*) OR (market* w/10 demand*) OR submarket*) w/30 (Quest OR Oculus OR Milan OR (Spark w/10 AR) OR "Reality Labs" OR (ray w/3 ban*) OR rayban* OR glass* OR Artemis OR Orion OR Nazare OR Hypernova OR wearable* OR Huaqin OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MR OR (mixed w/1 realt*) OR VR OR (virtual w/1 realt*) OR AR OR (augmented w/1 realt*) OR headset* OR MetaWatch*))<br>• **RFP No. 2:** ((board* OR bod*) AND (apple* AND (Quest OR Oculus OR Milan OR (Spark w/10 AR) OR "Reality Labs" OR (ray w/3 |

| | |
|---|---|
| | ban*) OR rayban* OR glass* OR Artemis OR Orion OR Nazare OR Hypernova OR wearable* OR Huaqin OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MR OR (mixed w/1 realt*) OR VR OR (virtual w/1 realt*) OR AR OR (augmented w/1 realt*) OR headset* OR MetaWatch*)))<br>• **RFP Nos. 4, 6, and 9(a-d)**: ((apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Amazon Appstore" OR "Amazon Underground" OR "Android Market" OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR Origin OR "Samsung Galaxy Store" OR Steam OR "Windows Phone Store" OR Altstore OR TutuApp OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR testflight* OR (test w/1 flight*)) AND (Quest OR Oculus OR Milan OR (Spark w/10 AR) OR "Reality Labs" OR (ray w/3 ban*) OR rayban* OR glass* OR Artemis OR Orion OR Nazare OR Hypernova OR wearable* OR Huaqin OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MR OR (mixed w/1 realt*) OR VR OR (virtual w/1 realt*) OR AR OR (augmented w/1 realt*) OR headset* OR MetaWatch*) AND (approv* OR review* OR reject* OR feature* OR function* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR development* OR remov*))<br>• **RFP No. 9(e)**: ((Quest OR Oculus OR Milan OR (Spark w/10 AR) OR "Reality Labs" OR (ray w/3 ban*) OR rayban* OR glass* OR Artemis OR Orion OR Nazare OR Hypernova OR wearable* OR Huaqin OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MR OR (mixed w/1 realt*) OR VR OR (virtual w/1 realt*) OR AR OR (augmented w/1 realt*) OR headset* OR MetaWatch*) w/30 (priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM))<br>• **RFP No. 9(f):** ((Quest OR Oculus OR Milan OR (Spark w/10 AR) OR "Reality Labs" OR (ray w/3 ban*) OR rayban* OR glass* OR Artemis OR Orion OR Nazare OR Hypernova OR wearable* OR Huaqin OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MR OR (mixed w/1 realt*) OR VR OR (virtual w/1 realt*) OR AR OR (augmented w/1 realt*) OR headset* OR MetaWatch*) w/30 (profit* OR project* OR p&l*))<br>• **RFP No. 9(g):** ((Quest OR Oculus OR Milan OR (Spark w/10 AR) OR "Reality Labs" OR (ray w/3 ban*) OR rayban* OR glass* OR Artemis OR Orion OR Nazare OR Hypernova OR wearable* OR Huaqin OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MR OR (mixed w/1 realt*) OR VR OR (virtual w/1 realt*) OR AR OR (augmented w/1 realt*) OR headset* OR MetaWatch*) w/30 (market* OR advertis* OR grow* OR business* OR strateg*))<br>• **RFP Nos. 10, 43(c)**: ((Quest OR Oculus OR Milan OR (Spark w/10 AR) OR "Reality Labs" OR (ray w/3 ban*) OR rayban* OR glass* OR Artemis OR Orion OR Nazare OR Hypernova OR wearable* OR Huaqin OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MR OR (mixed w/1 realt*) OR VR OR (virtual w/1 realt*) OR AR OR (augmented w/1 realt*) OR headset* OR MetaWatch*) AND ((app* w/1 store*) OR apple* OR "Amazon Appstore" OR "Amazon Underground" OR Android OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR Origin OR "Samsung Galaxy Store" OR Steam OR "Windows Phone Store" OR Altstore OR Tutu.App OR appstore* OR "@apple.com" OR OS OR iOS OR "operating system*" OR smartphone* OR iPhone* OR Android* OR phone*) AND (((harm* OR detriment* OR hinder* OR adverse* OR disadvantage* OR advantag* OR barrier* OR antitrust OR anti-trust OR discrim* OR inconsisten* OR disparat* OR gatekeep* OR undercut* OR anti-competitiv* OR anticompetitiv* OR monopol* OR duopol* OR inconsist* OR approv* OR reject* OR restrict* OR violat* OR remov* OR negotiat* OR compliance* OR comply* OR interop* OR ((barrier* OR cost*) w/15 switch*) OR prohibit* OR connect* OR pair* OR bluetooth* OR nfc OR (near w/1 field w/1 communication) OR interact* OR alert* OR notif* OR function* OR feature* OR API OR APIs OR entitlement*)) w/25 (rule* OR polic* OR procedur* OR guideline* OR requirement* OR agreement* OR contract*)))<br>• **RFP No. 19(d-f):** (((Quest OR Oculus OR Milan OR (Spark w/10 AR) OR "Reality Labs" OR (ray w/3 ban*) OR rayban* OR glass* OR Artemis OR Orion OR Nazare OR Hypernova OR wearable* OR Huaqin OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* |

| | |
|---|---|
| | OR MR OR (mixed w/1 realt*) OR VR OR (virtual w/1 realt*) OR AR OR (augmented w/1 realt*) OR headset* OR MetaWatch*) w/20 (((in w/1 app) OR (in-app) OR app*) w/5 purchas*)) AND (priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR value* OR benefit* OR innovat* OR upside* OR downside* OR risk* OR safe* OR drawback* OR seamless* OR perform* OR reliab* OR glitch* OR financ* OR polic* OR redeem* OR redemp* OR payment* OR pay* OR negotiat*))<br>• **RFP No. 44**: ((Quest OR Oculus OR Milan OR (Spark w/10 AR) OR "Reality Labs" OR (ray w/3 ban*) OR rayban* OR glass* OR Artemis OR Orion OR Nazare OR Hypernova OR wearable* OR Huaqin OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MR OR (mixed w/1 realt*) OR VR OR (virtual w/1 realt*) OR AR OR (augmented w/1 realt*) OR headset* OR MetaWatch*) AND (iOS OR Android OR Apple OR iPhone* OR smartphone*) AND (cost* OR develop* OR usag* OR priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR discontinu* OR compatib* OR notif* OR interop* OR approv* OR review* OR reject* OR switch*)) |
| **Misc.** | • **RFP No. 11:** ((( "DOJ" OR "Department of Justice" OR "Antitrust Division" OR (Attorney* W/1 General*) OR "United States Attorney" OR "US attorney" OR "U.S. Attorney" OR AUSA OR "Assistant Chief" OR "Civil Conduct Task Force" OR "450 Fifth Street NW" OR Sellinger OR Ruyman OR Kanter OR Mekki OR Doshi OR Kades OR Lasken OR AGs OR FTC OR feds ) W/50 ( Apple* OR iPhone* OR (app* W/2 (store OR marketplace OR mini OR HTML)) OR iOS OR watchOS OR (super W/1 app*) OR (mini W/1 program*) OR HTML5 OR (instant W/3 gam*) OR (cloud W/2 (stream* OR gam*)) OR (digital W/1 wallet*) OR RCS OR MMS OR SMS OR iMessage* OR wearable* OR (in W/1 app W/1 purchase*) OR interoperab* OR IAP OR (consumer* W/4 (switch* OR choice*)) )))<br>• **RFP No. 11:** ((((AZ OR Arizona OR CA OR California OR Connecticut OR CT OR Indiana OR IN OR Maine OR ME OR Massachusetts OR MA OR Michigan OR MI OR Minnesota OR MN OR Nevada OR NV OR "New Jersey" OR NJ OR "New Hampshire" OR NH OR "New York" OR NY OR "North Dakota" OR ND OR Oklahoma OR OK OR Oregon OR Tennessee OR TN OR Vermont OR VT OR Washington OR WA OR Wisconsin OR WI OR DC OR "District of Columbia") W/2 AG) OR (Oregon W/1 AG)) W/50 (Apple* OR iPhone* OR (app* W/2 (store OR marketplace OR mini OR HTML)) OR iOS OR watchOS OR (super W/1 app*) OR (mini W/1 program*) OR HTML5 OR (instant W/3 gam*) OR (cloud W/2 (stream* OR gam*)) OR (digital W/1 wallet*) OR RCS OR MMS OR SMS OR iMessage* OR wearable* OR (in W/1 app W/1 purchase*) OR interoperab* OR IAP OR (consumer* W/4 (switch* OR choice*))))<br>• **RFP No. 11:** ((@usdoj.gov OR @law.njoag.gov OR @azag.gov OR @doj.ca.gov OR @ct.gov OR @dc.gov OR @atg.in.gov OR @maine.gov OR @mass.gov OR @michigan.gov OR @ag.state.mn.us OR @ag.nv.gov OR @doj.nh.gov OR @ag.ny.gov OR @nd.gov OR @oag.ok.gov OR @doj.oregon.gov OR @doj.state.or.us OR @ag.tn.gov OR @vermont.gov OR @atg.wa.gov OR @wisdoj.gov OR "MDL-3113" OR "Smartphone Antitrust" OR Giamanco OR (Civil w/1 Investigative w/1 Demand*) OR CID*) w/50 (Apple* OR iPhone* OR (app* w/2 (store OR marketplace OR mini OR HTML)) OR iOS OR watchOS OR (super w/1 app*) OR (mini w/1 program*) OR HTML5 OR (instant w/3 gam*) OR (cloud w/2 (stream* OR gam*)) OR (digital w/1 wallet*) OR RCS OR MMS OR SMS OR iMessage* OR wearable* OR (in w/1 app w/1 purchase*) OR interoperab* OR IAP OR (consumer* w/4 (switch* OR choice*))))<br>• **RFP No. 45:** (("European Commission" OR EC OR (Attorney w/1 General) OR AG OR "Federal Trade Commission" OR FTC OR "Department of Justice" OR DOJ OR .gov OR "Department of Defense" OR DOD OR "Securities and Exchange Commission" OR SEC) AND ((complaint* OR investigat* OR RFI OR (request* w/1 for w/1 information) OR outage* OR report* OR breach* OR incident*) AND (priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM)))<br>• **RFP Nos. 46 and 53**: ((lobby* OR legislat* OR advocacy OR "policy change" OR regulator* OR (complaint w/1 to) OR press OR PR OR blog OR "op-ed" OR coalition OR congress OR DOJ OR FTC OR government* OR "European Commission" OR EC OR "Directorate of Competition" OR (Australia w/5 Competition) OR ACM OR "Competition and Markets Authority" OR CMA OR (request* w/1 for w/1 |

| | |
|---|---|
| | information) OR RFI OR submiss*) AND (((iPhone OR iOS OR Apple* OR (app* W/1 store*) OR (app* W/1 marketplace*) OR (app* W/1 distrib*)) W/30 (interop* OR restric* OR gatekeeper* OR (gate W/1 keeper*) OR interoperability OR interoperab*)) OR ((iPhone OR iOS OR Apple* OR (app* W/1 store*) OR (app* W/1 marketplace*) OR (app* W/1 distrib*)) W/30 (DMA OR (digital W/1 markets W/1 act) OR monopoly OR duopoly OR coalition*)) OR ((iPhone OR iOS OR Apple* OR (app* W/1 store*) OR (app* W/1 marketplace*) OR (app* W/1 distrib*)) W/30 ("Coalition for a Competitive Mobile Experience" OR CCME OR (open W/1 up) OR (age W/1 based W/2 restriction*))))<br>• **RFP No. 48:** ((iPhone* OR iOS OR Apple* OR (app* w/1 store*) OR (App w/1 Marketplace*) OR (app w/1 distrib*) OR airpod* OR mac* OR (apple w/1 pay) OR (apple w/1 watch) OR watchOS OR watch* OR wearable* OR pro* OR pros OR laptop* OR desktop* OR device* OR tablet* OR iMac* OR iPad* OR Macbook OR iPadOS OR iMessag* OR (((ray w/3 ban*) OR rayban* OR glass* OR wearable*) w/10 (insecur* OR secur* OR airpod* OR pod*)) OR ((tax* OR fee* OR purchase* OR expens* OR payment*) w/10 (business* OR compan* OR exist* OR org*))) AND (joe* OR rogan* OR podcast OR pod* OR ep* OR episode* OR zuck OR Zuckerberg OR mark))<br>• **RFP No. 49:** (((Apple* OR iPhone* OR smartphone* OR iOS OR iMac* OR iPad* OR Mac* OR Macbook* OR iPadOS OR iMessag*) AND (antitrust OR litigat* OR DOJ OR (department w/1 of w/1 justice) OR "4:11-cv-06174" OR 6714* OR "11-06714" OR "11-6714" OR (N.D. w/1 Cal*) OR (Northern w/1 District))) OR Labcorp OR Davis OR "24-304" OR "24-cv-00304" OR "24-00304" OR "Epic Games" OR Epic OR "4:20-cv-05640" OR "20-cv-05640" OR "20-05640" OR "20-cv-5640" OR "20-5640")<br>• **RFP No. 50:** (((consumer* OR user* OR customer* OR purchaser*) w/10 (survey* OR view* OR opinion* OR insight* OR feedback* OR complain* OR concern* OR priority OR frustrat* OR friction* OR expect* OR experience* OR UX OR literacy OR (key w/10 issue))) AND (priva* OR secur* OR spam* OR junk* OR (ad w/1 load) OR ((track* OR target* OR intrus* OR annoy* OR benefit* OR cost*) w/10 (advertis* OR ad)) OR (data w/10 (collect* OR use* OR shar* OR scan* OR sell* OR sale* OR sold*)) OR (shar* w/10 government) OR ((sell* OR sale*) w/10 info*) OR (target* w/10 (profile w/1 info*))))<br>• **RFP No. 51:** (("Transit* to mobile") OR ((stream* OR shar* OR communicat* OR mobil*) w/5 (adopt* OR cost* OR rate* OR grow* OR increas* OR video OR data OR opportunit* OR trend* OR linear*)) OR (Sandberg w/5 (brief* OR testif* OR testimony))) |

## 2) Custodians Proposal:

Apple proposes that the above search terms be run over the data of the below custodians, *including for each custodian all predecessors and successors, if any, that held this position during the responsive period*:

1. Aruna Bharathi (Strategic Alliances Partnership Manager – Apple, former)
2. Will Cathcart (Head of WhatsApp)
3. Stan Chudnovsky (VP of Messenger, former)
4. Ash Jhaveri (VP of AI Partnerships)
5. Parkin Kent (Strategic Alliances Partnership Manager – Apple, former)
6. Maggie Krummel (Strategic Alliances Partnership Manager – Apple, former)
7. John Lagerling (VP of Business Development, former)
8. Vijaye Raji (VP of Facebook Gaming, former)
9. Dan Rose (VP of Partnerships, former)
10. Vivek Sharma (VP of Facebook Gaming, former)
11. Marina Shilman (Strategic Alliances Partnership Manager – Apple)

12. Marc Shedroff (VP of Business Development and Alliances)
13. Stephanie Wang (Senior Director, Alliances and Business Development)
14. Jim Gerber (Director, Strategic Alliances, former)
15. Marne Levine (Chief Business Officer, former)
16. Alex Himel (VP, Augmented Reality / Wearables)
17. Andrew Bosworth (CTO)
18. Samantha Wu (Global CMO / VP of Consumer Brand and Product Marketing, former)
19. John Hegeman (Chief Revenue Officer, former)
20. Mark Zuckerberg (CEO of Meta)
21. Greg Marra (VP of Product Management)
22. Vince Darley (VP of Product)
23. Andrew Mo (Director of Product Management)
24. Ime Archibong (VP of Product Management)
25. Alice Newton Rex (VP, Head of Product, WhatsApp)

**3) Go-Gets:**

Apple proposes satisfying the following requests via go-get collections, provided Meta confirms that it will still produce documents responsive to those requests to the extent they are reviewed pursuant to other searches: 3, 7, 8, 11, 12, 17, 24, 29, 30, 33, 34, 35, 36, 38, 39, 41, 47, 48, 49, as well as the remainder of documents responsive to RFPs 50 and 51 not previously produced by Meta. Apple further proposes resolving requests 3, 15, 16, 19, and 36 in part with custodial searches as noted above, as well as go-get collections for the following portions of those requests, subject again to Meta's confirmation that it will produce documents responsive to the go-get portions of these requests to the extent they are reviewed pursuant to other searches: 15 (BYOD policies for officers and employees), 16 (BYOD and download policies for Meta officers and employees), and 19(a-c).

Apple reserves its rights to request custodial searches after reviewing any go-get productions, if the go-get productions prove to be insufficient to respond to the requests.