Josh A. Cohen (Cal. Bar No. 217853)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
(415) 738-5700
jacohen@debevoise.com

David A. O'Neil (*pro hac vice* application forthcoming)
Anna A. Moody (*pro hac vice* application forthcoming)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com
amoody@debevoise.com

Michael Schaper (*pro hac vice* application forthcoming)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, N.Y. 10001
(212) 909-6000
mschaper@debevoise.com

*Counsel for Movant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLE INC.'S APPLICATION FOR ORDER COMPELLING COMPLIANCE WITH NON-PARTY SUBPOENA SERVED ON META PLATFORMS, INC. IN THE PENDING CASE UNITED STATES ET AL. V. APPLE INC., NO. 2:24-CV-04055 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** | Case No. 3:26-mc-80274<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: |

Having considered Apple Inc.'s ("Apple") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court ORDERS that the materials identified in Apple's motion shall remain provisionally under seal pending any statement or declaration filed by the designating party pursuant to Civil Local Rule 79-5(f)(3). If no such statement or declaration is filed within the time required by Civil Local Rule 79-5(f)(3), the Court may order the materials unsealed without further notice.

| **Document** | **Portions to Be Filed Under Seal** | **Designating Party** |
|---|---|---|
| Defendant Apple Inc.'s Motion (1) to Compel Discovery from Non-Party Meta Platforms, Inc.; and (2) to Transfer Motion to the District of New Jersey Pursuant to Fed. R. Civ. P. 45(f) | Portions highlighted in yellow | Department of Justice / Meta Platforms, Inc. |
| Declaration of Anna A. Moody | Portions highlighted in yellow | Department of Justice / Meta Platforms, Inc. |
| Exhibit A, DOJ's Civil Investigative Demand, dated October 28, 2021 (USDOJ-01-005270) | Entire document | Department of Justice / Meta Platforms, Inc. |
| Exhibit B, e-mail correspondence between Meta employees Bryan Pope, Ash Jhaveri, Nikhil Shanbhag, Marc Shedroff, Vivek Sharma, Stephanie Wang, Pankaj Venugopal, Jim Gerber, Marina Shilman, Parkin Kent, Wesley Su, Tim Lamb, and others, dated March 2, 2020 to April 27, 2020 (META-DOJAPP-00067163) | Entire document | Meta Platforms, Inc. |
| Exhibit C, correspondence between Meta employees Marne Levine and Ash Jhaveri, dated April 14, 2020 (META-DOJAPP-00017454) | Entire document | Meta Platforms, Inc. |
| Exhibit D, messages between Meta employees Chinmay Karande, David Baser, Ning Li, and Stephanie Wang, dated July 17, 2020 (META-DOJAPP-00046896) | Entire document | Meta Platforms, Inc. |
| Exhibit E, e-mail correspondence between Meta employees Stephanie Wang, Jitin Khurana, Nathan SooHoo, and Anna Ying, dated March 18, 2021 to March 19, 2021 (META-DOJAPP-00047546) | Entire document | Meta Platforms, Inc. |

| | | |
|---|---|---|
| Exhibit F, e-mail correspondence between Renata Hesse, Shane Palmer, Samantha Hynes (Sullivan & Cromwell LLP), and Jennifer Hane and Sarah Oldfield at the DOJ, dated May 9, 2022 to July 6, 2022 (USDOJ-01-004720) | Entire document | Department of Justice / Meta Platforms, Inc. |
| Exhibit L, e-mail correspondence between Meta's counsel and Apple's counsel from August 15, 2025 to February 5, 2026 | Portions highlighted in yellow | Department of Justice / Meta Platforms, Inc. |
| Exhibit M, e-mail correspondence between Meta's counsel and Apple's counsel from May 15, 2026 to July 28, 2026 | Portions highlighted in yellow | Department of Justice / Meta Platforms, Inc. |
| Exhibit O, Apple's May 15, 2026 search protocol | Portions highlighted in yellow | Department of Justice / Meta Platforms, Inc. |

**IT IS SO ORDERED.**

DATED:__________________________ ______________________________