# EXHIBITS G - K, N

FILED PUBLICLY, NO PROPOSED SEALING