Josh A. Cohen (Cal. Bar No. 217853)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
(415) 738-5700
jacohen@debevoise.com

David A. O'Neil (*pro hac vice* application pending)
Anna A. Moody (*pro hac vice* application pending)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com
amoody@debevoise.com

Michael Schaper (*pro hac vice* application pending)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, N.Y. 10001
(212) 909-6000
mschaper@debevoise.com

*Counsel for Movant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLE INC.'S APPLICATION FOR ORDER COMPELLING COMPLIANCE WITH NON-PARTY SUBPOENA SERVED ON META PLATFORMS, INC. IN THE PENDING CASE UNITED STATES ET AL. V. APPLE INC., NO. 2:24-CV-04055 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** | Case No.: 3:26-mc-80274<br><br>**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE ON APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED, AND ~~[PROPOSED]~~ ORDER GRANTING MOTION** |

Movant Apple Inc. ("Apple") respectfully submits this motion to extend the briefing schedule on Apple's Administrative Motion to Consider Whether Another Party's Material Should be Sealed (the "Motion"). *See* Dkt. No. 2. Apple served the Motion on Meta Platforms, Inc. ("Meta") and the Department of Justice ("DOJ") on Friday, August 28, 2026 and Monday, August 31, 2026, respectively. In response to requests for extensions from both Meta and DOJ, and to ensure each has sufficient time to consider the Motion, Apple respectfully moves the Court to amend the briefing schedule for the Motion as follows:

- Meta and DOJ shall file their responses to Apple's Motion on or before Friday, September 11, 2026; and
- Apple shall file its response, if any, on or before Tuesday, September 15, 2026.

This request is the first time modification in this case, and the requested time modification will not impact the substantive schedule.

Dated: August 31, 2026

Respectfully submitted,

By: /s/ Michael Schaper

Michael Schaper (*pro hac vice* application pending)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, N.Y. 10001
(212) 909-6000
mschaper@debevoise.com

Josh A. Cohen (Cal. Bar No. 217853)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
(415) 738-5700
jacohen@debevoise.com

*Counsel for Movant Apple Inc.*

**ORDER**

Having considered Apple Inc.'s ("Apple") unopposed motion to extend the briefing schedule on Apple's Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Motion"), the Court GRANTS the Motion.

IT IS HEREBY ORDERED that:

1. Meta Platforms, Inc. and the Department of Justice shall file their responses to Apple's Motion on or before Friday, September 11, 2026; and
2. Apple shall file its response, if any, on or before Tuesday, September 15, 2026.

**IT IS SO ORDERED.**

DATED: September 1, 2026

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE