**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Ana N. Paul (*pro hac vice*)
Hannah D.C. DePalo (*pro hac vice*)
Stephanie E. Levin (*pro hac vice*)
Natalie E. Giotta (*pro hac vice*)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-mail: apaul@kellogghansen.com
hdepalo@kellogghansen.com
slevin@kellogghansen.com
ngiotta@kellogghansen.com

**SULLIVAN & CROMWELL LLP**
Renata B. Hesse (SBN 148425)
550 Hamilton Avenue
Palo Alto, CA 94301-2010
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
E-mail: hesser@sullcrom.com

Shane M. Palmer (SBN 308033)
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: palmersh@sullcrom.com

*Counsel for Respondent Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE APPLE INC.'S APPLICATION FOR ORDER COMPELLING COMPLIANCE WITH NON-PARTY SUBPOENA SERVED ON META PLATFORMS, INC. IN THE PENDING CASE *UNITED STATES ET AL. V. APPLE INC.*, NO. 2:24-CV-04055 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

Case No. 3:26-mc-80274-JCS

**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONSIDERATION OF META'S STATEMENT IN SUPPORT**

The Hon. Joseph C. Spero

Having considered Apple Inc.'s ("Apple") Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 2) ("Motion"), Meta Platforms, Inc.'s Statement Pursuant to Civil Local Rule 79-5(f)(3) in Response to Apple's Motion ("Meta Statement"), and the supporting declarations to the Meta Statement in the above captioned matter:

The Court finds good cause to support the filing under seal of the documents as described herein. Accordingly,

IT IS ORDERED that the following documents or portions of documents shall be filed under seal and sealed from the public record:

| **Document** | **Portions To Be Filed Under Seal** | **Party Claiming Confidentiality** |
|---|---|---|
| Defendant Apple Inc.'s Motion (1) To Compel Discovery from Non-Party Meta Platforms, Inc.; and (2) To Transfer Motion to the District of New Jersey Pursuant to Fed. R. Civ. P. 45(f) | Portions highlighted in yellow in Meta's Exhibit 1 at page 1, lines 26-28; page 2, lines 1-2, 5-8; page 3, lines 17-21; page 4, lines 1-11, 14-19, 21-22, 23-25; page 5, lines 1-4, 18; page 6, lines 23-26; page 7, lines 1, 12-13; page 8, lines 11-12; page 9, line 18; page 12, lines 4-9; page 14, lines 1-2, 5-6, 12-19; page 15, lines 1-6, 11-15, 18-21, page 16, lines 1-4, 14-16, 23-25; page 17, lines 2-4, 11-15, 17-19, 21-23, 26-28; page 18, lines 2-5, 7-9, 12-16, page 22, lines 14-15 | Meta Platforms, Inc. |
| Declaration of Anna A. Moody | Portions highlighted in yellow | Meta Platforms, Inc. |

| **Document** | **Portions To Be Filed Under Seal** | **Party Claiming Confidentiality** |
|---|---|---|
| Exhibit B, e-mail correspondence between Meta employees Bryan Pope, Ash Jhaveri, Nikhil Shanbhag, Marc Shedroff, Vivek Sharma, Stephanie Wang, Pankaj Venugopal, Jim Gerber, Marina Shilman, Parkin Kent, Wesley Su, Tim Lamb, and others, dated March 2, 2020 to April 27, 2020 (META-DOJAPP-00067163) | Entire document | Meta Platforms, Inc. |
| Exhibit C, correspondence between Meta employees Marne Levine and Ash Jhaveri, dated April 14, 2020 (META-DOJAPP-00017454) | Entire document | Meta Platforms, Inc. |
| Exhibit D, messages between Meta employees Chinmay Karande, David Baser, Ning Li, and Stephanie Wang, dated July 17, 2020 (META-DOJAPP-00046896) | Entire document | Meta Platforms, Inc. |
| Exhibit E, e-mail correspondence between Meta employees Stephanie Wang, Jitin Khurana, Nathan SooHoo, Anna Ying, and others, dated March 18, 2021 to March 19, 2021 (META-DOJAPP-00047546) | Portions highlighted in yellow in Meta's Exhibit 2 | Meta Platforms, Inc. |

| **Document** | **Portions To Be Filed Under Seal** | **Party Claiming Confidentiality** |
|---|---|---|
| Exhibit F, e-mail correspondence between Renata Hesse, Shane Palmer, Samantha Hynes (Sullivan & Cromwell LLP), and Jennifer Hane and Sarah Oldfield at the DOJ, dated May 9, 2022 to July 6, 2022 (USDOJ-01-004720) | Entire document | Meta Platforms, Inc. |
| Exhibit L, e-mail correspondence between Meta's counsel and Apple's counsel from August 15, 2025 to February 5, 2026 | Portions highlighted in yellow | Meta Platforms, Inc. |
| Exhibit M, e-mail correspondence between Meta's counsel and Apple's counsel from May 15, 2026 to July 28, 2026 | Portions highlighted in yellow | Meta Platforms, Inc. |
| Exhibit O, Apple's May 15, 2026 search protocol | Portions highlighted in yellow on page 13 | Meta Platforms, Inc. |

**IT IS SO ORDERED.**

Dated: ______________, 2026

___________________________________
Hon. Joseph C. Spero