# EXHIBIT 2

<u>REDACTED</u>

**From:** Stephanie Wang [redacted]
**Sent:** 3/19/2021 9:52:11 AM
**To:** Jitin Khurana [redacted]; Nathan SooHoo [redacted]; Anna Ying [redacted]
**Subject:** FW: quick update: Mark on Clubhouse - Apple, creators, commerce

FYSA on Mark's Clubhouse interview.

---

**From:** Olivia Herbert [redacted]
**Date:** Thursday, March 18, 2021 at 5:08 PM
**To:** Marc Shedroff [redacted], Stephanie Wang [redacted]
**Subject:** FW: quick update: Mark on Clubhouse - Apple, creators, commerce

---

**From:** Kat Jawaharlal [redacted]
**Date:** Thursday, March 18, 2021 at 5:35 PM
**To:** Marne Levine [redacted], Ash Jhaveri [redacted], Nick Grudin [redacted]
**Cc:** Olivia Herbert [redacted]
**Subject:** quick update: Mark on Clubhouse - Apple, creators, commerce

Mark just wrapped a conversation with Josh Constine and CEOs of Spotify Daniel Ek and Shopify Tobias Lutke for a 100 minute conversation on the creator economy on Clubhouse. General themes focused on Creators as a niche and growing economy, the future of commerce and Mark repeatedly praised our relationship with Shopify & Spotify.

**The majority of the conversation was a full court press on Apple**, Mark's remarks below, to note, nothing new on his ios 14 update beyond the impacts to SMBs and people, worth noting his flags on private API. IMO, Mark delivered a Masterclass on defending the business model.

Excuse my rough notes, will share coverage and final transcript when available but wanted you to be aware ASAP (Ash – Apple, Spotify, Shopify; Nick – News this week, social audio + creators). It was so popular people couldn't get in to the room 1 minute in to the conversation!

**Top line convo Insights:**

- Creators needs tools, new biz models around journalism and entertainment, personality around brand and turning their passion to profession to unlock fulfillment. You have to cobble together different tools. Creators have to become founders, explosion of startups to release that friction.
- The internet is the biggest city in the world, you can find your first thousand fans in every niche. Facebook wants to create different ways to monetization, FB working with other companies instead of doing it alone. Passion professions to make a living long term, with more subsidizes. Internet is the ultimate promise to find your audience to monetize casual users and
- 1M active shops, 250 M people using those shops, people care about SMBs on Facebook.
- Determinantal to creators and consumers, micro payments subscriptions. We hope to open up API to all services for Apple services.
- **Let people choose default apps on iOS.**

On Apple, Josh C said "I love that FB, IG is free. The micro transactions get so hurt from the biggest company taking $$ from small creators." "I'd rather have a targeted ads than general ads."

**Impact of Apple updates**:

- Mark: "Less impact to our biz as platforms compared to individuals and SMBs before these changes we were moving towards same tools as bigger company has and this perils that. This changes our business - I'm confident we can manage it well. We'll be in a good position and maybe even stronger if Apple makes it harder for people to making it harder to do business on our platforms to find customers outside of our platforms. A lot of these changes will be hard for SMBs and developers. We are outspoken bc empowering individuals is important want to stand up for the people we serve. I speak up when I see something - I spoke at Georgetown about free speech when I thought it was under attack. SMBs and creators ability to access has a lot of issues that can't do as a big business."
- Mark: "If you want to give everyone a voice and access to content, a lot of people can't afford premium services. Time tested model is having free services/free media that is ad supported. Consumer POV, they want it to be a good experience seeing ads"
- **Defending the business model** Mark: "For the first time, internet made it that we optimize targeted ads that is good for up starts and creators and SMBs. Offer path forward, enough value that someone is taking 30% tax we can still enable millions of creators to create a good livelihood. I'm still optimistic for future but think it's better for lots of folks if that tax wasn't there. "

**Q: Will it impact your business?**

- Mark: "ioS business changes aren't the biggest changes I have with Apple. I am most concerned about private API. For example for Messenger, on Android, people can make that default SMS. On Apple, you can't no other SMS client, their own services access to better and different APIs for video chat and building messenger service to ask for notifications, their notifications are turned on. That's one example. Access to private API and differential from android to ios is massive - our experience integrating devices with ios is really difficult, they do that on purpose. Example: air pods, main feature that allows them to sell for huge profit, is that it pairs well with phone. "

**On social audio/what we are building:** Mark: "I feel a little silly talking about why audio is important when I'm in a room with Daniel. Overall, I have this theory of social apps, at the intersection of every medium and audience size there is an interesting experience to build. Videos = public. 1:1 = interesting. Small groups = something interesting to do there. Same for text. Photos. Gaming. Different mediums, same for audio. Advantages = don't prepare, look good/can walk around easily, consume without looking at screen, multitask better. Lots of advantages. Ultimately, CH is doing is pioneering is impressive. Going to end up being one of the modalities for audio. Live audio broadcast, you'll have long form consumption for music or podcast, I'd love to do more to integrate that and partner with Spotify across our apps. Spotify builds great tools for that. Shorter form component, that will be true for audio = what is the equivalent for audio? Overall, big space. Work we are doing is trying to basically build out a bunch of tools across the spectrum of how people use audio, I'm excited. Our teams have been working on this for a while. We've been experimenting since before pandemic and will continue to."

**On opportunities with different forms of audio:** Mark: "You can broadcast audio, save long form audio, and want short form, discovery oriented, quick exploration. A lot of different use cases. Trick to building product is not having high level theory, it's an execution and getting the details right. Try it a few times till you can make it work and learn. I'm optimistic about the space, lots to do beyond the products that exist today."

**Wrap up convo on advice to people listening, consumers and creators:**

- Daniel: Stay curious. Much more to come with services. Feels like everything has happened, but keep being curious and trying new services. CH didn't exist a few months ago.
- Tobi: Adaptability. Surfaces change, the most adaptable will do well.
- Mark: advice for creators:" Internet is the city – the last 10-15 years the community and social aspects of the city have filled out, but the creative and economic opportunity for individuals is just about to take off. If you're thinking if this is something you want to do (be a creator), the tools and monetization and reach people and get precise to find those people, are getting better YoY, from journalism to people using tools like subtstack, which we can help with what we announced, audio, video, gaming, we are right at the beginning of it and there is so much opportunity for individuals that unlock their creative, doing fun and exciting stuff."