# EXHIBIT 4

REDACTED

**Examples of Documents Meta Has Produced Responsive to Apple's RFPs**
(Apple RFPs 7, 8, 10, 12, 13, 17, 22, 23, 24, 25, 26, 30, 34, 36, 37, 39, 43, and 46)

| RFP # | Bates No. | Description |
|---|---|---|
| 7 and 39 | META-DOJAPP-00013807 | Data production of usage data for Facebook, Instagram, WhatsApp, and Messenger |
| | META-DOJAPP-00013838 | Data production of usage data for Facebook, Instagram, WhatsApp, and Messenger |
| | META-DOJAPP-00013839 | Data production of usage data for Facebook, Instagram, WhatsApp, and Messenger |
| | META-DOJAPP-00013841 | Data production of usage data for Facebook, Instagram, WhatsApp, and Messenger |
| | META-DOJAPP-00013842 | Data production of usage data for Facebook, Instagram, WhatsApp, and Messenger |
| | META-DOJAPP-00013840 | Data production of Facebook Gaming data files |
| | META-DOJAPP-00013843 | Data production of Oculus data files |
| | META-DOJAPP-00079460 | Growth and Forecast Charts of Instagram usage statistics |
| | META-DOJAPP-00079461 | Growth and Forecast Charts of WhatsApp usage statistics |
| 8 | META-DOJAPP-00081102 | The Voice of the Community Report |
| | | [redacted] |
| 10 | META-DOJAPP-00000193 | Facebook 2018 Preliminary LRP Review: Video and Games |
| | META-DOJAPP-00024197 | Email Containing February 2018 Games Monthly Revenue Update |
| 12 | META-APPLE-MDL-00000419 | Interoperability Requests Presentation |

| | | |
|---|---|---|
| 13 | META-DOJAPP-00066923 | Apple Comparative Analysis |
| | META-DOJAPP-00064052 | Messenger Phone Number Messaging and Cross Platform Opportunity |
| | META-DOJAPP-00063983 | RCS Plan |
| | META-DOJAPP-00052043 | 2019-2020 Email Thread Between A. Jhaveri, S. Chudnovsky, M. Winters, et al. |
| | USDOJ-01-004442 | [redacted] |
| 17 | META-DOJAPP-00013837 | Data production of revenue for Facebook, Instagram, and Messenger |
| | META-DOJAPP-00013844 | Data production of revenue for Facebook, Instagram, and Messenger |
| | META-DOJAPP-00013845 | Data production of revenue for Facebook, Instagram, and Messenger |
| | META-DOJAPP-00013747 | Submission to the Autorité de la Concurrence |
| | META-DOJAPP-00025777 | Truist Facebook Company Update |
| | META-APPLE-MDL-00001242 | Board of Directors Meeting Materials |
| | META-DOJAPP-00077530 | Facebook Second Quarter 2020 Results Conference Call |
| | META-DOJAPP-00077568 | UBS Report, “Facebook: Is The Recovery Still Continuing?” |
| 22 | USDOJ-01-004442 | [redacted] |

| | | |
|---|---|---|
| 23 | META-DOJAPP-00013772 | Submission to the Autorité de la Concurrence |
| | META-DOJAPP-00016176 | 2017 10 10 Message Thread Between K. Rong, T. Hanssen, A. Bharathi, S-H. Weng, et al. |
| | META-DOJAPP-00076048 | OS Share Data Sources and Trends |
| | META-DOJAPP-00076056 | Switching OS & implications for the Messenger Ecosystem |
| | META-DOJAPP-00076070 | Digital Trends, "Google blasts Apple over bullying, peer pressure tactics keeping users on iMessage" |
| | META-DOJAPP-00028912 | Succeeding in US Messaging Memorandum |
| | META-DOJAPP-00052688 | Wall Street Journal, "Why Apple's iMessage Is Winning: Teens Dread the Green Text Bubble" |
| | META-DOJAPP-00075980 | Messaging Competitive Landscape Update |
| | META-DOJAPP-00076086 | Google's CommSuite: Competitive Threat Analysis |
| | META-DOJAPP-00063983 | RCS Plan |
| 24 | META-DOJAPP-00077292 | WhatsApp Marketing 2.0 Memorandum |
| | META-DOJAPP-00069817 | Alliance Partnerships Memorandum |
| 25 and 26 | META-DOJAPP-00014670 | Encryption Narrative Memorandum |
| | Public (https://tinyurl.com/t22xw3fe) | WhatsApp Encryption Overview Technical White Paper |
| | Public (https://transparency.meta.com/reports/government-data-requests/) | Meta, Government Requests for User Data |
| 30 | USDOJ-01-004442 | [redacted] |

| | | |
|---|---|---|
| 34, 36, and 43 | META-DOJAPP-00003522 | Facebook Developer Policies |
| | META-DOJAPP-00000001 to 167 | Oculus Developer Policies |
| | Public (https://developers.meta.com/) | Meta, Developers |
| | Public (https://developers.meta.com/horizon/policy/) | Meta, Developer Policy Overview |
| | Public (https://developers.meta.com/horizon/blog/get-apps-ready-app-lab-meta-horizon-store-meta-quest-developers/) | Get Your App Ready for the Meta Horizon Store |
| | Public (https://developers.meta.com/horizon/policy/privacy-policy/) | Meta Horizon Privacy Policy Requirements |
| | Public (https://developer.apple.com/app-store/review/guidelines/) | Apple, App Review Guidelines |
| | Public (https://play.google/developer-content-policy/) | Google Play, Developer Policy Center |
| 37 | META-APPLE-MDL-00001020 | Submission to the European Commission |
| | META-APPLE-MDL-00000798 | Presentation on AirPlay compatibility for Quest |

| | | |
|---|---|---|
| 46 | META-DOJAPP-00048178 to META-DOJAPP-00048399 | Submission to the Competition and Markets Authority |
| | META-DOJAPP-00013772 | Submission to the Autorité de la Concurrence |
| | META-DOJAPP-00048178 to META-DOJAPP-00048399 | Submission to the Competition and Markets Authority |
| | META-APPLE-MDL-00000089 | Submission to the European Commission |
| | META-APPLE-MDL-00000297 | European Commission Meeting Minutes |
| | META-APPLE-MDL-00001020 | Submission to the European Commission |
| | META-APPLE-MDL-00001124 | Submission to European Commission |
| | META-DOJAPP-00056291 | Brief for Meeting with Foreign President |
| | META-DOJAPP-00014748 | Overview & Messaging – Policy Brief |
| | META-DOJAPP-00058447 | Roundtable Speaker Brief |