**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Ana N. Paul (*pro hac vice*)
Hannah D.C. DePalo (*pro hac vice*)
Stephanie E. Levin (*pro hac vice*)
Natalie E. Giotta (*pro hac vice*)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-mail: apaul@kellogghansen.com
hdepalo@kellogghansen.com
slevin@kellogghansen.com
ngiotta@kellogghansen.com

**SULLIVAN & CROMWELL LLP**
Renata B. Hesse (SBN 148425)
550 Hamilton Avenue
Palo Alto, CA 94301-2010
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
E-mail: hesser@sullcrom.com

Shane M. Palmer (SBN 308033)
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: palmersh@sullcrom.com

*Counsel for Respondent Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE APPLE INC.'S APPLICATION FOR ORDER COMPELLING COMPLIANCE WITH NON-PARTY SUBPOENA SERVED ON META PLATFORMS, INC. IN THE PENDING CASE *UNITED STATES ET AL. V. APPLE INC.*, NO. 2:24-CV-04055 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

Case No. 3:26-mc-80274-JCS

**META'S ADMINISTRATIVE MOTION TO SEAL META PLATFORMS, INC.'S MOTION TO QUASH AND OPPOSITION TO APPLE INC.'S MOTION (1) TO COMPEL DISCOVERY FROM NON-PARTY META PLATFORMS, INC.; AND (2) TO TRANSFER MOTION TO THE DISTRICT OF NEW JERSEY PURSUANT TO FED. R. CIV. P. 45(f)**

The Hon. Joseph C. Spero

[FILED CONCURRENTLY WITH [PROPOSED] ORDER RE MOTION TO FILE UNDER SEAL]

Pursuant to Civil Local Rules 7-11 and 79-5, non-party Meta Platforms, Inc. ("Meta"), hereby files its administrative motion to seal portions of Meta Platforms, Inc.'s Motion To Quash And Opposition To Apple Inc.'s ("Apple") Motion (1) To Compel Discovery From Non-Party Meta Platforms, Inc.; And (2) To Transfer Motion To The District Court Of New Jersey Pursuant to Fed. R. Civ. P. 45(f), and the accompanying declaration and exhibits in support, in the above-captioned matter.

Meta respectfully requests that the Court allow a narrow category of information contained in its submissions to remain under seal. This straightforwardly sealable information consists of confidential details about Meta's participation in the United States Department of Justice's ("DOJ") pre-complaint investigation of Apple. None of this information has previously been publicly disclosed. The bases for these sealing requests are supported by a declaration from Meta's Director and Associate General Counsel, Competition and Regulatory, Rajesh S. James, who has personal knowledge of Meta's confidentiality practices.

Meta's sealing requests should be evaluated under the "good cause" standard, which is the applicable standard for non-dispositive motions. *See Ochoa v. McDonald's Corp.*, 2015 WL 3545921, at *1 (N.D. Cal. June 5, 2015); *Webb v. Healthcare Revenue Recovery Grp., LLC*, 2014 WL 12642192, at *2 (N.D. Cal. Sept. 22, 2014). But in any event, Meta's requests also meet the "compelling reasons" standard applicable to dispositive motions. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (requiring parties to "articulate[] compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure" (internal citation omitted)). Additionally, the standards for sealing are "more lenient when the [confidential] information [at issue] concerns third parties," *Epic Games, Inc. v. Apple Inc.*, 2021 WL 1925460, at *1 (N.D. Cal. Apr. 30, 2021), in recognition of the fact that "third parties d[o] not voluntarily put [that information] at issue" in the litigation, *United States v. Bazaarvoice, Inc.*, 2014 WL 11297188, at *1 (N.D. Cal. Jan. 21, 2014).

Meta seeks to seal narrow portions of its motion to quash and opposition to Apple's motion and attached exhibits relating to DOJ's pre-complaint investigation of Apple. The materials Meta seeks to seal are identified in Rows 1-5 of the table in the James Declaration. *See* James Decl. ¶¶ 4-8, Table Rows 1-5. This sensitive information, if publicly disclosed, could significantly prejudice Meta or future

government investigations. *See id.* These materials include discussion of communications between DOJ and Meta during the course of DOJ's pre-suit investigation, descriptions of Meta's business priorities and concerns, and descriptions of non-public internal documents and data that Meta provided to DOJ during DOJ's pre-suit investigation. *See id*. The information also contains details regarding DOJ's investigation into Apple, including its pre-suit discussions with Meta. *See id*. Revealing such communications to the public could also chill Meta's (and likely other non-parties') future willingness to candidly and openly communicate with the government about legitimate concerns throughout the course of an investigation, for fear that those communications might later be revealed in litigation or used to the non-party's competitive detriment. For these same reasons, non-parties that have participated in other government investigations have similarly maintained information pertaining to that participation under seal. *See* Non-Party Snap Inc.'s Application For Leave To File Under Seal, *Meta Platforms, Inc. v. Snap Inc.*, No. 2:22-mc-00147-PA-AGR, Dkt. 22 at 1 (C.D. Cal. Aug. 8, 2022) (seeking to seal "non-public details regarding Snap's products and data systems and non-public interactions with a regulator during the course of an investigation").

## CONCLUSION

For the foregoing reasons, the Court should grant Meta's Motion to Seal as detailed in the declaration of Rajesh S. James submitted herewith and in the attached proposed order.

DATED: September 15, 2026

Respectfully submitted,
*/s/ Ana Nikolic Paul*

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Ana N. Paul (*pro hac vice*)
Hannah D.C. DePalo (*pro hac vice*)
Stephanie E. Levin (*pro hac vice*)
Natalie E. Giotta (*pro hac vice*)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-mail: apaul@kellogghansen.com
hdepalo@kellogghansen.com
slevin@kellogghansen.com
ngiotta@kellogghansen.com

**SULLIVAN & CROMWELL LLP**

Renata B. Hesse (SBN 148425)
550 Hamilton Avenue
Palo Alto, CA 94301-2010
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
E-mail: hesser@sullcrom.com

Shane M. Palmer (SBN 308033)
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: palmersh@sullcrom.com

*Counsel for Respondent Meta Platforms, Inc.*