Josh A. Cohen (Cal. Bar No. 217853)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
(415) 738-5700
jacohen@debevoise.com

David A. O'Neil (*pro hac vice* application granted)
Anna A. Moody (*pro hac vice* application granted)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com
amoody@debevoise.com

Michael Schaper (*pro hac vice* application granted)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, N.Y. 10001s
(212) 909-6000
mschaper@debevoise.com

*Counsel for Movant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLE INC.'S APPLICATION FOR ORDER COMPELLING COMPLIANCE WITH NON-PARTY SUBPOENA SERVED ON META PLATFORMS, INC. IN THE PENDING CASE UNITED STATES ET AL. V. APPLE INC., NO. 2:24-CV-04055 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** | Case No.: 3:26-MC-80274-JCS<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION (1) TO COMPEL DISCOVERY FROM NON-PARTY META PLATFORMS, INC.; AND (2) TO TRANSFER TO THE DISTRICT OF NEW JERSEY PURSUANT TO FED. R. CIV. P. 45(f); AND DENYING META PLATFORMS, INC.'s MOTION TO QUASH**<br><br>Date:<br>Time:<br>Courtroom: D – 15th Floor<br>Judge: Joseph C. Spero |

Having considered Apple Inc.'s ("Apple") application for an order compelling Meta Platforms, Inc. ("Meta") to comply with the non-party subpoena issued in connection with *United States v. Apple Inc.*, No. 2:24-CV-04055 in the United States District Court for the District of New Jersey and having considered Meta's motion to quash, and good cause appearing, the Court GRANTS Apple's Motion and DENIES Meta's Motion.

IT IS HEREBY ORDERED that:

1. Meta's motion to quash is DENIED.
2. Apple's motion to compel Meta to comply with the subpoena is GRANTED. Meta shall (1) refresh its CID production through June 15, 2025, using the original CID protocol; (2) produce responsive documents for the 14 search strings returning fewer than 20,000 total hits as set out in Paul Ex. 8; (3) produce documents sufficient to satisfy Apple's sufficient-to-show RFPs; (4) adopt Apple's proposed custodians (including Senior Custodians) as set out in Exhibit A to the Second Moody Declaration; (5) using Apple's May 2026 search protocol, including Apple's proposed custodians (including Senior Custodians), provide transparent custodian-by-custodian hit counts and corresponding hit count analysis to identify which individual terms or phrases are driving search term hit results; and (6) promptly meet and confer regarding the searches for the custodial RFPs, and present any unresolved disputes to the Court within 14 days. Meta shall begin rolling productions within two weeks and complete its production by _______.[1]
3. Apple's motion to transfer to the District of New Jersey is GRANTED.

---

[1] Apple moves as to 34 RFPs that pertain to Super Apps, Cloud Streaming, Messaging, Wearables, and Digital Wallets. Its "all documents and communications" RFPs requiring custodial searches are: 6, 9, 11, 18, 19, 20, 21, 25, 27, 28, 31, 32, 40, 42, 44, and 53. Its "sufficient to show" RFPs are: 7, 8, 10, 12, 13, 17, 22, 23, 24, 26, 30, 34, 36, 37, 39, 43, 46, and 48. The 22 custodians identified in Apple's proposed search protocol comprise the 18 custodians related to the CID and four additional senior executives: Mark Zuckerberg (Chief Executive Officer), Marne Levine (former Chief Business Officer), Jim Gerber (former Director of Strategic Alliances), and John Hegeman (former Chief Revenue Officer). The specific custodians for which the Court grants Apple's motion to compel as to each RFP are further identified in Exhibit A to the Second Moody Declaration.

**IT IS SO ORDERED.**

DATED:________________________ ____________________________