# EXHIBIT A

REDACTED

**APPLE'S RESPONSE TO DECLARATION OF ANA N. PAUL EXHIBIT 5[1]**
**"Custodian Proposals: Meta's Offered Custodians vs. Custodians Apple Seeks to Compel"**

| RFP No. and Text of Request | Meta's Offered Custodians | Custodians Apple Seeks to Compel[2,3] | Basis for Apple's Additional Custodians |
|---|---|---|---|
| 6: All Communications, as relevant to the Alleged Conduct, with any Smartphone manufacturer, operating system provider, or App Marketplace concerning approval or review of any of Your Apps or App updates in the areas of Super Apps, Cloud Streaming Apps, Messaging Apps, Apps concerning Wearables, and Digital Wallets, and all Documents related to any such Communications. | Aruna Bharathi<br>Ash Jhaveri<br>Parkin Kent<br>Maggie Krummel<br>John Lagerling<br>Dan Rose<br>Marina Shilman<br>Marc Shedroff<br>Stephanie Wang<br>Stan Chudnovsky<br>Vivek Sharma | Aruna Bharathi<br>Ash Jhaveri<br>Parkin Kent<br>Maggie Krummel<br>John Lagerling<br>Dan Rose<br>Marina Shilman<br>Marc Shedroff<br>Stephanie Wang<br>Stan Chudnovsky<br>Vivek Sharma<br>*Will Cathcart [VP, WhatsApp]<br>*Vijaye Raji [VP, Facebook Gaming (former)]<br>*Greg Marra [redacted]<br>*Vince Darley [redacted][4]<br>*Andrew Mo [redacted] | [redacted]<br>Exclusions:<br>Meta excludes [redacted]<br><br>CID Custodian Exclusions:<br>Meta excludes Will Cathcart and Vijaye Raji, who were CID custodians for search terms hitting on gaming (super apps, cloud streaming), messaging, Facebook Blue (super apps), and app store review, |

[1] Apple added annotations where relevant to a dispute or where further clarity would aid the Court. Specifically, Apple added the text of each RFP; the titles of certain custodians in dispute; and the basis for Apple's additional proposed custodians.

[2] All titles are as of the date of CID cutoff as listed in Paul Ex. 6.

[3] *Disputed CID/[redacted] Custodian.

**Senior Custodian. For the relevance of the Senior Custodians to the issues raised in the FAC and Apple's RFPs, *see* Apple Motion to Compel § II.A.1; Apple Reply § I.B.

[4] [redacted]

| RFP No. and Text of Request | Meta's Offered Custodians | Custodians Apple Seeks to Compel[2,3] | Basis for Apple's Additional Custodians |
|---|---|---|---|
| | | [redacted]<br>*Ime Archibong [redacted]<br>*Alice Newton-Rex [redacted]<br>**Mark Zuckerberg<br>**Marne Levine<br>**Jim Gerber<br>**John Hegeman | among other topics. *See* Paul Ex. 10. |
| 9(a-d), (g)-(h): All Documents and Communications relating to any efforts by You to submit to any App Marketplace for Smartphones any Super Apps (including Facebook Mobile), Cloud Streaming Apps (including Facebook Gaming), Messaging Apps (including Messenger, WhatsApp, and Instagram), Apps concerning Wearables, or Digital Wallets, or any updates to such Apps, including: (a) the APIs, features, entitlements, or development tools that You used or sought to use for each App or App update; (b) Communications with any Smartphone manufacturer, operating system provider, or App Marketplace concerning approval or review, including any representations regarding user data collection, user or system security, targeting of minors, or objectionable content; (c) Documents concerning negotiations on any actual or threatened removal of any of Your Apps from the | Aruna Bharathi<br>Ash Jhaveri<br>Parkin Kent<br>Maggie Krummel<br>John Lagerling<br>Dan Rose<br>Marina Shilman<br>Marc Shedroff<br>Stephanie Wang<br>Stan Chudnovsky<br>Vivek Sharma | Aruna Bharathi<br>Ash Jhaveri<br>Parkin Kent<br>Maggie Krummel<br>John Lagerling<br>Dan Rose<br>Marina Shilman<br>Marc Shedroff<br>Stephanie Wang<br>Stan Chudnovsky<br>Vivek Sharma<br>*Will Cathcart [VP, WhatsApp]<br>*Vijaye Raji [VP, Facebook Gaming (former)]<br>*Greg Marra [redacted]<br>*Vince Darley [redacted]<br>*Andrew Mo [redacted] | [redacted]<br><u>Exclusions</u>:<br>Meta excludes [redacted]<br><br><u>CID Custodian Exclusions</u>:<br>Meta excludes Will Cathcart (VP, WhatsApp) and Vijaye Raji (VP of Facebook Gaming, former), who were CID custodians for search terms covering gaming (super apps, cloud streaming), messaging, Facebook Blue (super apps), and app store review, |

| RFP No. and Text of Request | Meta's Offered Custodians | Custodians Apple Seeks to Compel[2,3] | Basis for Apple's Additional Custodians |
|---|---|---|---|
| Apple App Store; (d) Documents concerning any rejected submission of any of Your Apps to the Apple App Store and Your efforts to bring Your Apps into compliance and/or resubmit the App to Apple; (g) marketing or other strategic plans, including monthly average users ("MAU") data, for Your submitted Apps; and (h) comparisons of Your native submitted Apps to Your web-based versions, if any. | | *Ime Archibong [redacted]<br>*Alice Newton-Rex [redacted]<br>**Mark Zuckerberg<br>**Marne Levine<br>**Jim Gerber<br>**John Hegeman | among other topics. *See* Paul Ex. 10. |
| 18: All Documents and Communications concerning Your decisions, policies, practices, or efforts to enable, disable, design, implement, use, or discontinue Your messaging-related features (including SMS capabilities, RCS capabilities, OTT functionality, interoperability features, background functionality, encryption-related features, and cross-device or cross-operating-system functionality) in Your Messaging Apps, including Your implementation and then discontinuation of SMS capabilities in Your Messaging Apps on Android and Your decision in 2023 to discontinue Apple Watch users' ability to respond to Messenger notifications. | Will Cathcart<br>Stan Chudnovsky<br>Ime Archibong<br>Alice Newton-Rex<br>Maggie Krummel<br>Marc Shedroff | Will Cathcart<br>Stan Chudnovsky<br>Ime Archibong<br>Alice Newton-Rex<br>Maggie Krummel<br>Marc Shedroff<br>*Aruna Bharathi [Strategic Alliances Partnership Manager – Apple (former)]<br>*Ash Jhaveri [VP, Business Development]<br>*Parkin Kent [Strategic Alliances Partnership Manager – Apple (former)]<br>*Dan Rose [VP, Partnerships (former)]<br>*Marina Shilman [Strategic Alliances Partnership Manager – Apple]<br>*Stephanie Wang [Director of Business Development] | <u>CID Custodian Exclusions</u>:<br>Meta excludes seven CID custodians Meta used for search terms covering messaging topics. *See* Paul Ex. 10. [redacted] |

| RFP No. and Text of Request | Meta's Offered Custodians | Custodians Apple Seeks to Compel[2,3] | Basis for Apple's Additional Custodians |
|---|---|---|---|
| | | *John Lagerling [VP, Business Development (former)]<br>**Mark Zuckerberg<br>**Marne Levine<br>**Jim Gerber<br>**John Hegeman | |
| 19: All Documents and Communications concerning Your decisions regarding whether to offer In-App Purchases for services on Your Super Apps, Cloud Streaming Apps, Messaging Apps, Apps concerning Wearables, and Digital Wallets, including: (a) Your analyses of the privacy and security impacts resulting from such decisions; (b) the financial impacts on You resulting from such decisions; (c) whether You have, had, or plan to have a similar policy for non-Apple App Marketplaces and the reasons for that decision; (d) whether users have the ability to use In-App Purchases on each platform on which the App is available (including iOS, Android OS, and non-mobile platforms) for redemption on another platform; (e) Communications with third parties regarding the financial, privacy, and security impacts resulting from such decisions; and (f) Documents concerning negotiations between You and any App Marketplace about the payment system offered in each App You distribute. | Meta is not offering custodians for this RFP. | *Aruna Bharathi [Strategic Alliances Partnership Manager – Apple (former)]<br>*Will Cathcart [VP, WhatsApp]<br>*Stan Chudnovsky [VP, Messenger]<br>*Ash Jhaveri [VP, Business Development]<br>*Parkin Kent [Strategic Alliances Partnership Manager – Apple (former)]<br>*Maggie Krummel [Strategic Alliances Partnership Manager – Apple (former)]<br>*John Lagerling [VP, Business Development (former)]<br>*Vijaye Raji [VP, Facebook Gaming (former)]<br>*Dan Rose [VP, Partnerships (former)] | [redacted] <u>Should Be Custodians</u>: Apple's proposal includes [redacted]<br><br><u>CID Custodians Should Be Custodians</u>: Apple's proposal includes all CID custodians for this request. Meta used 11 of these 13 individuals as custodians for search terms specifically covering IAP topics, and searched all 13 of these individuals' files for topics covering gaming (super apps, cloud streaming), messaging, and app marketplace |

| RFP No. and Text of Request | Meta's Offered Custodians | Custodians Apple Seeks to Compel[2,3] | Basis for Apple's Additional Custodians |
|---|---|---|---|
| | | *Vivek Sharma [VP, Facebook Gaming]<br>*Marina Shilman [Strategic Alliances Partnership Manager – Apple]<br>*Marc Shedroff [Vice President, Business Development & Alliances]<br>*Stephanie Wang [Director of Business Development]<br>*Greg Marra [redacted]<br>*Vince Darley [redacted]<br>*Andrew Mo [redacted]<br>*Ime Archibong [redacted]<br>*Alice Newton-Rex [redacted]<br>**Mark Zuckerberg<br>**Marne Levine<br>**Jim Gerber<br>**John Hegeman | discussions, among other topics. *See* Paul Ex. 10. |
| 20: All Documents and Communications concerning differences or comparisons (including with respect to | Will Cathcart<br>Stan Chudnovsky<br>Ime Archibong<br>Alice Newton-Rex | Will Cathcart<br>Stan Chudnovsky<br>Ime Archibong<br>Alice Newton-Rex | [redacted]<br>Exclusions: [redacted] |

| RFP No. and Text of Request | Meta's Offered Custodians | Custodians Apple Seeks to Compel[2,3] | Basis for Apple's Additional Custodians |
|---|---|---|---|
| consumer experience, privacy, security, safety, interoperability, switching behavior, device choice, mobile operating system choice, and multi-homing, and Your efforts to maintain privacy and security) between: (a) Apple's iMessage service and Your Messaging Apps, including both features available on Your Messaging Apps that are not available on iMessage and features of iMessage that Your Messaging Apps are technologically incapable of developing; (b) Apple's App Store and Your App Marketplaces; and (c) Facebook Mobile's performance on the iPhone and Facebook Mobile's performance on other Smartphones and platforms.<br><br>21: All Documents and Communications concerning differences or comparisons (including with respect to consumer experience, privacy, security, safety, interoperability, switching behavior, device choice, and multi-homing, and Your efforts to maintain privacy and security) between Your Super Apps, Cloud Streaming Apps, Messaging Apps, Apps concerning Wearables, and Digital Wallets, when used on Apple's iOS versus when used on a non-Apple platform. | Vince Darley<br>Maggie Krummel<br>Marc Shedroff<br>Ash Jhaveri<br>Vivek Sharma<br>Marina Shilman<br>Parkin Kent | Vince Darley<br>Maggie Krummel<br>Marc Shedroff<br>Ash Jhaveri<br>Vivek Sharma<br>Marina Shilman<br>Parkin Kent<br>*Aruna Bharathi [Strategic Alliances Partnership Manager – Apple (former)]<br>*Dan Rose [VP, Partnerships (former)]<br>*Stephanie Wang [Director of Business Development]<br>*John Lagerling [VP, Business Development (former)]<br>*Vijaye Raji [VP, Facebook Gaming (former)]<br>*Greg Marra [redacted]<br>*Andrew Mo [redacted]<br>**Mark Zuckerberg<br>**Marne Levine<br>**Jim Gerber<br>**John Hegeman | [redacted]<br>RFP 21 implicates gaming (super apps, cloud streaming) and wearables, and the two RFPs are addressed together here because the search terms for these RFPs are the same, and Meta proposed identical custodians for both RFPs.<br><br><u>CID Custodian Exclusions</u>: Meta excludes five CID custodians Meta used for search terms covering gaming (super apps, cloud streaming), the Facebook Mobile/Blue app (super apps), messaging, multi-homing, and the App Store (app marketplace), among other topics. *See* Paul Ex. 10. [redacted] |

| **RFP No. and Text of Request** | **Meta's Offered Custodians** | **Custodians Apple Seeks to Compel**[2,3] | **Basis for Apple's Additional Custodians** |
|---|---|---|---|
| | | | [redacted]; and Raji, who served as a VP of Gaming, would be knowledgeable about gaming-related topics (super apps, cloud streaming). |
| 25: All Documents and Communications, including consumer surveys, concerning the availability on Your Messaging Apps, including WhatsApp, of SMS, MMS, RCS, or OTT capabilities, encrypted messages, send later features, and features permitting Your Messaging Apps to continue operating in the background when closed, including Your interest or lack of interest in any efforts to develop such features for Your Messaging Apps on any App Marketplace, Your security and privacy concerns about such features, Your evaluation of user demand for and market behavior towards "text anyone" functionality, and Your evaluation of industry developments concerning SMS, MMS, RCS, or OTT. | Will Cathcart<br>Stan Chudnovsky<br>Ime Archibong<br>Alice Newton-Rex<br>Maggie Krummel<br>Marc Shedroff | Will Cathcart<br>Stan Chudnovsky<br>Ime Archibong<br>Alice Newton-Rex<br>Maggie Krummel<br>Marc Shedroff<br>*Aruna Bharathi [Strategic Alliances Partnership Manager – Apple (former)]<br>*Ash Jhaveri [VP, Business Development]<br>*Parkin Kent [Strategic Alliances Partnership Manager – Apple (former)]<br>*Dan Rose [VP, Partnerships (former)]<br>*Marina Shilman [Strategic Alliances Partnership Manager – Apple]<br>*Stephanie Wang [Director of | <u>CID Custodian Exclusions</u>:<br>Meta excludes seven CID custodians Meta used for search terms covering messaging topics. *See* Paul Ex. 10. [redacted] |

| RFP No. and Text of Request | Meta's Offered Custodians | Custodians Apple Seeks to Compel[2,3] | Basis for Apple's Additional Custodians |
|---|---|---|---|
| | | Business Development]<br>*John Lagerling [VP, Business Development (former)]<br>**Mark Zuckerberg<br>**Marne Levine<br>**Jim Gerber<br>**John Hegeman | |
| 27: All Documents and Communications concerning Your efforts to integrate messages sent and received on Apple's Messaging Apps into Your Messaging Apps, including Facebook Messenger, WhatsApp, and Instagram, including: (a) whether and how such messages are encrypted; (b) any use of Mac or iPhone hardware identifiers in such efforts; (c) any use of iMessage servers and protocols, including Apple Push Notification Service, in such efforts; (d) any evaluation of whether such efforts are consistent with the Apple Developer Program License Agreement; (e) any Communications with Your employees or other third parties concerning such efforts; and (f) any evaluation of the impact on the security, functionality, and convenience of messages sent and received on Apple's Messaging Apps. | Will Cathcart<br>Stan Chudnovsky<br>Ime Archibong<br>Alice Newton-Rex | Will Cathcart<br>Stan Chudnovsky<br>Ime Archibong<br>Alice Newton-Rex<br>*Aruna Bharathi [Strategic Alliances Partnership Manager – Apple (former)]<br>*Ash Jhaveri [VP, Business Development]<br>*Parkin Kent [Strategic Alliances Partnership Manager – Apple (former)]<br>*Maggie Krummel [Strategic Alliances Partnership Manager – Apple (former)]<br>*Dan Rose [VP, Partnerships (former)]<br>*Marina Shilman [Strategic Alliances Partnership Manager – Apple]<br>*Marc Shedroff [Vice President, Business | <u>CID Custodian Exclusions</u>:<br>Meta excludes nine CID custodians Meta used for search terms covering messaging topics. *See* Paul Ex. 10. [redacted] |

| RFP No. and Text of Request | Meta's Offered Custodians | Custodians Apple Seeks to Compel[2,3] | Basis for Apple's Additional Custodians |
|---|---|---|---|
| | | Development & Alliances]<br>*Stephanie Wang [Director of Business Development]<br>*John Lagerling [VP, Business Development (former)]<br>**Mark Zuckerberg<br>**Marne Levine<br>**Jim Gerber<br>**John Hegeman | |
| 28: All Documents and Communications concerning the actual, perceived, or potential relative benefits or drawbacks of native Cloud Streaming Apps as compared to web-based Cloud Streaming Apps, or as compared to Apps whose content is not primarily streamed, including in terms of privacy, security, consumer experience, ease of use, innovation, and market demand. | Vijaye Raji<br>Vivek Sharma<br>Andrew Mo | Vijaye Raji<br>Vivek Sharma<br>Andrew Mo<br>*Aruna Bharathi [Strategic Alliances Partnership Manager – Apple (former)]<br>*Stan Chudnovsky [VP, Messenger]<br>*Ash Jhaveri [VP, Business Development]<br>*Parkin Kent [Strategic Alliances Partnership Manager – Apple (former)]<br>*Maggie Krummel [Strategic Alliances Partnership Manager – Apple (former)]<br>*Dan Rose [VP, Partnerships (former)]<br>*Marina Shilman [Strategic Alliances | [redacted]<br>Exclusions:<br>Meta excludes [redacted]<br><br>CID Custodian Exclusions:<br>Meta excludes eight CID custodians Meta used as custodians for search terms covering cloud streaming topics. *See* Paul Ex. 10. [redacted] |

| **RFP No. and Text of Request** | **Meta's Offered Custodians** | **Custodians Apple Seeks to Compel[2,3]** | **Basis for Apple's Additional Custodians** |
|---|---|---|---|
| | | Partnership Manager – Apple]<br>*Marc Shedroff [Vice President, Business Development & Alliances]<br>*Vince Darley [redacted]<br>**Mark Zuckerberg<br>**Marne Levine<br>**Jim Gerber<br>**John Hegeman | |
| 40: All Documents and Communications concerning the actual, perceived, or potential relative benefits or drawbacks of Mini-Programs compared to fully native Apps, including in terms of privacy, security, consumer experience, ease of use, and market demand. | Vijaye Raji<br>Vivek Sharma<br>Andrew Mo<br>Parkin Kent<br>Marc Shedroff | Vijaye Raji<br>Vivek Sharma<br>Andrew Mo<br>Parkin Kent<br>Marc Shedroff<br>*Aruna Bharathi [Strategic Alliances Partnership Manager – Apple (former)]<br>*Stan Chudnovsky [VP, Messenger]<br>*Ash Jhaveri [VP, Business Development]<br>*Maggie Krummel [Strategic Alliances Partnership Manager – Apple (former)]<br>*Dan Rose [VP, Partnerships (former)]<br>*Marina Shilman [Strategic Alliances Partnership Manager – Apple] | [redacted]<br><u>Exclusions</u>:<br><u>Meta excludes</u> [redacted]<br><br><u>CID Custodian Exclusions</u>:<br>Meta excludes seven CID custodians Meta used as custodians for search terms covering mini-program (super app) topics. *See* Paul Ex. 10. [redacted] |

| RFP No. and Text of Request | Meta's Offered Custodians | Custodians Apple Seeks to Compel[2,3] | Basis for Apple's Additional Custodians |
|---|---|---|---|
| | | *Stephanie Wang [Director of Business Development]<br>*Vince Darley [redacted]<br>**Mark Zuckerberg<br>**Marne Levine<br>**Jim Gerber<br>**John Hegeman | |
| 42: All Documents and Communications, including consumer surveys, concerning the effects of Super App and Mini-Program displays, (including analogous in-app features such as HTML5 games, chat bots, gaming discovery features, and other app-like functionalities offered within Your apps), including the effects that an absence of icons, an absence of categories, and flat/text-only displays may have on Super App or Mini-Program success or competitive strength and customer reasons for purchasing or not purchasing Smartphones. | Vijaye Raji<br>Vivek Sharma<br>Andrew Mo<br>Aruna Bharathi<br>Parkin Kent<br>Maggie Krummel | Vijaye Raji<br>Vivek Sharma<br>Andrew Mo<br>Aruna Bharathi<br>Parkin Kent<br>Maggie Krummel<br>*Stan Chudnovsky [VP, Messenger]<br>*Ash Jhaveri [VP, Business Development]<br>*Dan Rose [VP, Partnerships (former)]<br>*Marina Shilman [Strategic Alliances Partnership Manager – Apple]<br>*Marc Shedroff [Vice President, Business Development & Alliances]<br>*Stephanie Wang [Director of Business Development]<br>*Vince Darley [redacted] | [redacted]<br><u>Exclusions</u>:<br><u>Meta excludes</u> [redacted]<br><br><u>CID Custodian Exclusions</u>:<br>Meta excludes six custodians Meta used for search terms covering super app topics. *See* Paul Ex. 10. [redacted] |

| RFP No. and Text of Request | Meta's Offered Custodians | Custodians Apple Seeks to Compel[2,3] | Basis for Apple's Additional Custodians |
|---|---|---|---|
| | | **Mark Zuckerberg<br>**Marne Levine<br>**Jim Gerber<br>**John Hegeman | |
| 44: All Documents and Communications relating to Your efforts or plans to offer Your own Wearable product or digital payment service for iOS or Android, including any Documents related to a project called "Milan" and to the current or previous versions of Your Meta Quest headset, and including any Documents or data relating to: (a) the costs of developing the product or solution; (b) the extent to which customers used or would use the product or solution; (c) any actual or potential concern relating to the privacy and/or security of the product or solution; (d) the actual or potential discontinuation of the product or solution; and (e) Your efforts to create compatibility between the product or solution and iPhones and other Smartphones, including the standard or other method used for notifications. | Greg Marra | Greg Marra<br>*Aruna Bharathi [Strategic Alliances Partnership Manager – Apple (former)]<br>*Ash Jhaveri [VP, Business Development]<br>*Parkin Kent [Strategic Alliances Partnership Manager – Apple (former)]<br>*Maggie Krummel [Strategic Alliances Partnership Manager – Apple (former)]<br>*Dan Rose [VP, Partnerships (former)]<br>*Marina Shilman [Strategic Alliances Partnership Manager – Apple]<br>*Marc Shedroff [Vice President, Business Development & Alliances]<br>*Stephanie Wang [Director of Business Development]<br>*John Lagerling [VP, Business | Meta proposes Greg Marra as its sole custodian for RFP 44, which seeks information relevant to wearables and digital payment services.<br><br>Apple proposes the [redacted] CID custodians as additional custodians. |

| RFP No. and Text of Request | Meta's Offered Custodians | Custodians Apple Seeks to Compel[2,3] | Basis for Apple's Additional Custodians |
|---|---|---|---|
| | | Development (former)]<br>**Mark Zuckerberg<br>**Marne Levine<br>**Jim Gerber<br>**John Hegeman | |