Josh A. Cohen (Cal. Bar No. 217853)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
(415) 738-5700
jacohen@debevoise.com

David A. O'Neil (*pro hac vice* application granted)
Anna A. Moody (*pro hac vice* application granted)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com
amoody@debevoise.com

Michael Schaper (*pro hac vice* application granted)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, N.Y. 10001
(212) 909-6000
mschaper@debevoise.com

*Counsel for Movant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLE INC.'S APPLICATION FOR ORDER COMPELLING COMPLIANCE WITH NON-PARTY SUBPOENA SERVED ON META PLATFORMS, INC. IN THE PENDING CASE UNITED STATES ET AL. V. APPLE INC., NO. 2:24-CV-04055 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** | Case No. 3:26-MC-80274-JCS<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date:<br>Time:<br>Courtroom: D – 15th Floor<br>Judge: Joseph C. Spero |

Having considered Apple Inc.'s ("Apple") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court ORDERS that the materials identified in Apple's motion shall remain provisionally under seal pending any statement or declaration filed by the designating party pursuant to Civil Local Rule 79-5(f)(3). If no such statement or declaration is filed within the time required by Civil Local Rule 79-5(f)(3), the Court may order the materials unsealed without further notice.

| **Document** | **Portions to Be Filed Under Seal** | **Designating Party** |
|---|---|---|
| Defendant Apple Inc.'s Reply Memorandum of Law in Support of Its Motion (1) To Compel Discovery from Non-Party Meta Platforms, Inc.; and (2) To Transfer Motion to the District of New Jersey Pursuant to Fed. R. Civ. P. 45(f); and in Opposition to Meta Platforms, Inc.'s Motion to Quash | Portions highlighted in yellow | Department of Justice / Meta Platforms, Inc. |
| Second Declaration of Anna A. Moody | Portions highlighted in yellow | Department of Justice / Meta Platforms, Inc. |
| Exhibit A, APPLE'S RESPONSE TO DECLARATION OF ANA N. PAUL EXHIBIT 5 "Custodian Proposals: Meta's Offered Custodians vs. Custodians Apple Seeks to Compel" | Portions highlighted in yellow | Department of Justice / Meta Platforms, Inc. |
| Exhibit C, APPLE'S RESPONSE TO DECLARATION OF ANA N. PAUL EXHIBIT 4 "Examples of Documents Meta Has Produced Responsive to Apple's RFPs" | Portions highlighted in yellow | Department of Justice / Meta Platforms, Inc. |

**IT IS SO ORDERED.**

DATED:_________________________ _____________________________