# EXHIBIT B

FILED PUBLICLY, NO PROPOSED SEALING